Fill in this information to identify the case:

Debtor name: **Bret's Towing LLC**

United States Bankruptcy Court for the: EASTERN DISTRICT OF WISCONSIN

Case number (if known): _____

☐ Check if this is an amended filing

Official Form 202
## Declaration Under Penalty of Perjury for Non-Individual Debtors  12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime.** Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
☐ *Schedule H: Codebtors* (Official Form 206H)
☐ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☐ Amended *Schedule* _____
■ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **February 1, 2026**    X **/s/ Jeffrey Piller**
Signature of individual signing on behalf of debtor

**Jeffrey Piller**
Printed name

**Member/Manager**
Position or relationship to debtor

Fill in this information to identify the case:
Debtor name  **Bret's Towing LLC**
United States Bankruptcy Court for the: **EASTERN DISTRICT OF WISCONSIN**
Case number (if known):

☐ Check if this is an amended filing

Official Form 204

# Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| AKF Inc. dba FundKite Att: Current Officer 88 Pine Street, 24th Floor New York, NY 10005 | | | Contingent | $1,042,910.50 | $0.00 | $1,042,910.50 |
| Aurum Funding Source Att: Current Officer 2002 Coney Island Brooklyn, NY 11223 | subs@aurumfundingsource.com | Receivables purchased. | | $472,509.28 | $0.00 | $472,509.28 |
| Bret & Kelly Graff 1714 Plainwood Drv. Sheboygan, WI 53081-7727 | | Secured promissory note. | | | | $303,736.39 |
| Cintas P.O. Box 88005 Chicago, IL 60680-1005 | | Uniforms | | | | $4,000.00 |
| Internal Revenue Service Centralized Insolvency Operations P.O. Box 7346 Philadelphia, PA 19114 | | Notice only. | | | | $0.00 |
| MCA Servicing Company Att: Current Officer 9821 E Bay Harbor Dr. 706 Miami Beach, FL 33154 | | Notice only. | Disputed | $447,444.00 | $0.00 | $447,444.00 |

| Debtor | Bret's Towing LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **NBL SPV II LLC** **Att: Current Officer** **200 S Orange Avenue, Suite 1175** **Orlando, FL 32801** | | **All personal property.** | | $5,100,000.00 | Unknown | Unknown |
| **Old National Bank** **Att: Current Officer** **788 N Jefferson St., Ste. 900** **Milwaukee, WI 53202** | | **All personal property.** | | $504,905.73 | Unknown | Unknown |
| **Panthers Capital** **Att: Current Officer** **185 Carrier St** **Liberty, NY 12754** | | **Receivables - All assets now owned or hereafter acquired.** | | $672,000.00 | Unknown | Unknown |
| **TVT Capital Source LLC** **Att: Current Officer** **395 S Main Street, Suite 201** **Alpine, UT 84004** | | **All current assets.** | | $608,750.00 | Unknown | Unknown |
| **Wisconsin Department of Revenue** **Attn: Bankrutpcy Notice Dept** **819 N. 6th Street, #408** **Milwaukee, WI 53203** | | **Notice only.** | | | | $0.00 |

Official form 204        Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured claims        page 2

Case 26-20524-rmb    Doc 3    Filed 02/01/26    Page 3 of 3