**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF WISCONSIN**

In re:

       **All-City Towing LLC,** *et al.,*[1]

           **Debtors.**

**Case No. 26-20523**
**Chapter 11 Proceedings**
**Jointly Administered**

**EXHIBIT A:**
**SAMPLE CAPTION FOR JOINTLY ADMINISTERED CASES**

---

[1] Jointly administered with Bret's Towing LLC, (Case No. 26-20524-xxx), ACT RE LLC, (Case No. 26-20525-xxx), Bret's RE LLC (Case No. 26-20526-xxx), OMS Properties LLC (Case No. 26-20527-xxx), 5408 S 13th LLC (Case No. 26-20528-xxx), 5414 S 13th LLC (26-20529-xxx), Daddy Jeff LLC (Case No. 26-20530-xxx) Mactire Services LLC (Case No. 26-20531-xxx), and Jeffrey Piller and Candice Brecht (Case No. 26-20532-xxx). This notice applies to [list the name of the applicable debtors].