## UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF WISCONSIN

In re:

|  |  |
|---|---|
| **All-City Towing LLC,**[1] | **Case No. 26-20523-rmb** |
| **Bret's Towing LLC,** | **Case No. 26-20524-rmb** |
|  | **Chapter 11 Proceedings** |
|  | **(Motion for Joint** |
|  | **Administration Pending)** |
| **Debtors.** |  |

### EX PARTE MOTION FOR EMERGENCY, EXPEDITED HEARING ON OR BEFORE 3:00 P.M., FEBRUARY 3, 2026 ON DEBTORS' (i) MOTION FOR APPROVAL OF USE OF CASH COLLATERAL AND ADEQUATE PROTECTION, WITH REQUEST FOR PRELIMINARY APPROVAL AND (ii) MOTION TO PAY PRE-PETITION WAGES

All-City Towing LLC ("All-City") together with Bret's Towing LLC ("Bret's Towing" collectively referred to with All-City as the "Debtors") move **ex parte**, for an expedited hearing **on or before 3:00 PM, February 3, 2026** on their motions (i) for approval of the use of cash collateral and adequate protection on a preliminary basis and (ii) payment of pre-petition wages (collectively, the "First Day Motions").

The Debtor requests that the Court consider this motion to set the emergency hearings on an **ex parte** basis for the First Day Motions. This motion is procedural only and does not affect substantive rights. It is a standard motion for first day chapter 11 motions.

Support for the reasons to set an emergency hearing on the First Day Motions is set forth in more detail in the First Day Motions and supporting pleadings. Absent expedited relief on the

---

[1] The motion for joint administration has been filed in each of the affiliated debtors' cases. At the time this motion was filed, the Court had not granted it. The caption showing related debtors is being used to alert parties-in-interest that an identical motion is being filed in each case. The caption should not be construed that Court has approved the joint administration motion

cash collateral and pre-petition wage motions, the Debtor will be unable to retain employees or pay vendors post-petition. The Debtor's operations and ability to reorganize are in jeopardy.

Accordingly, the Debtors request that the Court enter a minute order on the docket approving and setting an emergency expedited hearing on the First Day Motion at a time convenient to the Court that is on or before **3:00 P.M., Wednesday, February 4,**. Upon the minute order being entered, the Debtors will provide notice of the First Day Motions.

Dated: February 2, 2026

*/s/ Evan P. Schmit*
Jerome R. Kerkman
Evan P. Schmit
Kerkman & Dunn

(Proposed Attorneys for the Debtors)

P.O. Address:

839 N. Jefferson St., Suite 400
Milwaukee, WI 53202-3744
Phone: 414.277.8200
Facsimile: 414.277.0100
Email: eschmit@kerkmandunn.com

2