

February 2, 2026

*Via ECF*

Clerk of Courts
United States Bankruptcy Court
United States Courthouse and Federal Building
517 East Wisconsin Avenue
Milwaukee, WI 53202

                 Re:     **Bret's Towing LLC**
                            **Case No. 26-20524-rmb**

Dear Clerk:

      Please withdraw docket number 14 (Motion to Expedite Hearing) filed by the undersigned on behalf of the debtor. The document was filed with an incorrect date. The debtor filed a corrected motion. My apologies and thank you for your consideration of this matter.

                                     Very truly yours,

                                      Evan P. Schmit

EPS/eps