# All-City Towing LLC
## Exhibit 1

|  | Feb 26 Projection | Mar 26 Projection |
|---|---:|---:|
| **Ordinary Income/Expense** | | |
| **Income** | | |
| Scrap Vehicles/Parts | $ 5,890.45 | $ 18,417.10 |
| 400010 · Transportation | $ 629,908.24 | $ 650,333.20 |
| 401150 · Towing | $ 281,440.38 | $ 217,177.06 |
| 401200 · Service | $ 594.23 | $ 3,745.43 |
| 402101 · City/County Collected Fees | $ 19,907.36 | $ 17,321.46 |
| 403150 · Storage | $ 30,325.01 | $ 18,305.56 |
| **Total Income** | $ 968,065.67 | $ 925,299.81 |
| **Cost of Goods Sold** | | |
| Parts for Repairs | $ 12,428.98 | $ 12,536.16 |
| 500000 · Direct Materials & Costs | | |
| 500200 · Fuel | $ 73,024.71 | $ 80,337.71 |
| 500250 · Ipass | $ 2,120.00 | $ 2,424.75 |
| 500625 · Truck Equipment | $ 3,281.43 | $ 3,523.66 |
| 500850 · Recovery & Impound Fees | $ 5,048.92 | $ - |
| 500900 · Sheriff Fees | $ 530.00 | $ 1,060.00 |
| 500905 · Sheriff Tows | $ 6,428.90 | $ 4,807.10 |
| 500910 · Sheriff Storage | $ 1,632.40 | $ 1,229.60 |
| 500925 · Fees / Permits | $ 4,157.28 | $ 2,653.23 |
| 500930 · Fees - Impounds/Inquires | $ 3,817.84 | $ 3,176.37 |
| 503325 · Truck Washes | $ 1,072.11 | $ 920.95 |
| 503500 · Lodging | $ 222.92 | $ - |
| 524000 · Uniforms | $ 4,634.60 | $ 4,465.52 |
| 526010 · Damages | $ 1,982.88 | $ 1,076.01 |
| Total 500000 · Direct Materials & Costs | $ 107,953.98 | $ 105,674.90 |
| 540000 · Subcontractors | | |
| 540250 · Auto Haulers - Brokerage | $ 85,664.23 | $ 117,603.64 |
| Total 540000 · Subcontractors | $ 85,664.23 | $ 117,603.64 |
| 550000 · Direct Labor | | |
| 550020 · Payroll / Drivers | $ 13,739.76 | $ 16,253.63 |
| 550025 · Payroll / Semi's/Heavy | $ 70,567.48 | $ 54,869.56 |
| 550026 · Payroll / Tow Trucks | $ 140,503.30 | $ 132,593.75 |
| 550030 · Payroll / 4Car Hauler | $ 14,639.72 | $ 15,092.39 |
| 557010 · Employer Tax Contribution | $ 33,891.51 | $ 29,349.87 |
| 558000 · Insurance - Workers Comp | $ 18,748.67 | $ 18,748.67 |
| 559050 · Payroll / Vacation | $ 8,031.11 | $ 8,577.49 |
| 559100 · Employee Health Insurance | $ 2,772.96 | $ 8,067.88 |
| 559110 · Employee Life/STD | $ 403.14 | $ 325.22 |
| 559800 · Drug Testing | $ - | $ 67.84 |
| Total 550000 · Direct Labor | $ 303,297.64 | $ 283,946.29 |
| 560000 · Direct Overhead | | |
| 563000 · Payroll / Dispatchers | $ 39,225.04 | $ 38,049.97 |
| 563500 · Payroll / Technician | $ 36,162.73 | $ 34,148.19 |
| 564000 · Payroll / Brets | $ 6,421.15 | $ 8,561.54 |

# All-City Towing LLC
# Exhibit 1

| | | | |
|---|---:|---:|---:|
| 571500 · Licenses & Registrations | $ | 3,140.55 | $ 3,124.65 |
| 572500 · Repair & Maintenance | $ | 22,087.76 | $ 24,029.60 |
| 572530 · Shop Tools | $ | 22.09 | $ 44.89 |
| 572550 · Shop Supplies | $ | 778.44 | $ 3,717.52 |
| 572575 · Storage Fees | $ | - | $ - |
| **Total 560000 · Direct Overhead** | $ | 107,837.75 | $ 111,676.34 |
| **Total COGS** | $ | 617,182.58 | $ 631,437.34 |
| **Gross Profit** | $ | 350,883.09 | $ 293,862.48 |
| **Expense** | | | |
| 600000 · Admin Payroll & Related | | | |
| 602000 · Payroll / Clerical | $ | 58,410.14 | $ 55,648.79 |
| **Total 600000 · Admin Payroll & Related** | $ | 58,410.14 | $ 55,648.79 |
| 700000 · General Expenses | | | |
| 701000 · Advertising | $ | 47.70 | $ 427.95 |
| 701050 · Help Wanted Ads | $ | 428.51 | $ 468.30 |
| 703000 · Bank Service Charges | $ | 3,045.23 | $ 2,070.73 |
| 705010 · Computers/Programs | $ | 4,001.12 | $ 4,303.15 |
| 707000 · Advertising/Sponsorship | $ | 9,010.00 | $ 4,001.50 |
| 710000 · Meals and Business Expense | $ | 106.00 | $ 2,977.60 |
| 713010 · Insurance - Liability | $ | 32,011.82 | $ 42,556.70 |
| 713080 · Insurance - Ultraflex | $ | 2,347.37 | $ 2,347.37 |
| 714000 · Adequate Protection Equipment/Vehicles* | $ | 43,344.98 | $ 34,574.51 |
| 719000 · Misc | $ | - | $ 0.02 |
| 719060 · Outside Services | $ | 1,526.29 | $ 656.72 |
| 720000 · Office Equipment | $ | 473.97 | $ 300.45 |
| 721000 · Office Supplies | $ | 936.05 | $ 550.72 |
| 722000 · Postage & Parcels | $ | 1,720.70 | $ 1,517.92 |
| 724500 · Rent / Building | $ | 3,613.51 | $ 3,615.19 |
| 724530 · Rent/Grafton Building | $ | 9,073.68 | $ 9,073.68 |
| 725010 · Building/Land Maint | $ | 112.94 | $ 105.41 |
| 725020 · Building/Land Improvements | $ | - | $ 1,073.04 |
| 732020 · Real Estate Taxes | $ | 1,574.23 | $ 1,574.23 |
| 734000 · Telephone/Internet | $ | 2,876.33 | $ 2,686.47 |
| 738050 · Utilities | $ | 2,511.95 | $ 3,490.45 |
| 741000 · Lease expense | $ | 1,695.11 | $ 1,695.11 |
| **Total 700000 · General Expenses** | $ | 120,457.49 | $ 120,067.24 |
| **Total Expense** | $ | 178,867.63 | $ 175,716.03 |
| **Net Ordinary Income** | $ | 172,015.45 | $ 118,146.44 |
| **Other Income/Expense** | | | |
| Other Income | | | |
| Misc income | $ | 15.90 | $ 15.90 |
| Sales Tax Discount | $ | 64.14 | $ 56.92 |
| **Total Other Income** | $ | 80.04 | $ 72.82 |
| Other Expense | | | |
| CEO Comp. | $ | 9,068.30 | $ 5,440.98 |
| **Total Other Expense** | $ | 9,068.30 | $ 5,440.98 |

# All-City Towing LLC
# Exhibit 1

|  |  |  |
|---|---:|---:|
| **Net Other Income** | $ (8,988.26) | $ (5,513.80) |
| Adequate Protection Newtek/NBL SPV II | $ 59,172.49 | $ 59,172.49 |
| Adequate Protection SBA | $ 2,570.00 | $ 2,570.00 |
| **Net Income** | $ **101,284.70** | $ **50,890.15** |
| **Opening Balance: $83,800** | $ **185,084.70** | $ **235,974.86** |

\*   The Debtors intend on filing motions to grant adequate protection to the equipment and vehicle lenders with payments beginning later this month.

**Bret's Towing & Auto Repair LLC**
**Exhibit 1**

| | Feb 26 Projections | Mar 26 Projections |
|---|---:|---:|
| **Ordinary Income/Expense** | | |
| **Income** | | |
| Sheboygan Scrap Vehicles/Parts | $ 3,252.08 | $ 16,379.60 |
| Sheboygan Service | $ 63,012.54 | $ 47,126.78 |
| Sheboygan Storage | $ 6,890.00 | $ 4,907.80 |
| Sheboygan Towing | $ 69,074.98 | $ 84,493.45 |
| Sheboygan Transportation | $ 16,339.90 | $ 8,978.20 |
| **Total Income** | $ 158,569.50 | $ 161,885.83 |
| **Cost of Goods Sold** | | |
| Fees/Permits | $ - | $ 142.62 |
| Fuel | $ 6,451.59 | $ 4,446.27 |
| Parts for Repairs | $ 20,533.60 | $ 18,105.08 |
| Shop Supplies | $ 989.08 | $ 1,150.51 |
| Shop Tools | $ 24.79 | $ - |
| Truck Equipment | $ 597.15 | $ 262.85 |
| **Total COGS** | $ 28,596.21 | $ 24,107.33 |
| **Gross Profit** | $ 129,973.29 | $ 137,778.50 |
| **Expense** | | |
| Advertising | $ 1,097.10 | $ 427.95 |
| Bank Service Charges | $ 2,682.37 | $ 2,632.52 |
| Building/Land Maint | $ 100.31 | $ - |
| Computers/Programs | $ 340.92 | $ 340.92 |
| Damages | $ - | $ 3,258.98 |
| Donations/Sponsorships | $ - | $ - |
| Fees - Impounds/Inquiries | $ 646.13 | $ 3,878.54 |
| Insurance Expense | $ 4,049.20 | $ 4,049.20 |
| Adequate Protection Equipment/Vehicles | $ 5,457.24 | $ 5,447.59 |
| Lease Expense | $ 24,549.28 | $ 24,549.28 |
| Lodging | $ 222.92 | $ - |
| Meals/Business Expense | $ - | $ 31.76 |
| Office Supplies | $ - | $ - |
| Outside Services | $ 551.93 | $ 215.52 |
| Payroll Expenses | $ 44,202.71 | $ 65,194.26 |
| Postage & Parcels | $ 688.29 | $ 266.78 |
| Professional Fees | $ 530.00 | $ - |
| Rent Expense | $ 2,491.00 | $ 2,491.00 |
| Repairs and Maintenance | $ 3,692.70 | $ 2,586.19 |
| Sublet Hauls | $ - | $ - |
| Telephone/Internet | $ 68.05 | $ 382.00 |
| Uniforms & Linens | $ 1,141.96 | $ 1,526.07 |
| Utilities | $ 400.80 | $ 1,041.83 |
| **Total Expense** | $ 92,912.91 | $ 118,320.40 |
| **Net Ordinary Income** | $ 37,060.38 | $ 19,458.10 |
| **Other Income/Expense** | | |
| **Other Income** | | |
| Sales Tax Discount | $ 50.95 | $ 47.65 |
| **Total Other Income** | $ 50.95 | $ 47.65 |
| **Net Other Income** | $ 50.95 | $ 47.65 |
| Adequate Protection Old National* | $ 4,089.52 | $ 4,089.52 |
| **Net Income** | $ 33,021.81 | $ 15,416.23 |
| **Opening Balance: $35,600** | $ 68,621.81 | $ 84,038.04 |

\* Adequate protection as to the Bret's Towing real estate lien. The Debtors intend to include the equipment/vehicle loan under a separate motion. Projected payment amount is included within "Adequate Protection Equipment/Vehicles."