**Exhibit 2**
**Cash Collateral Analysis**

| | All-City | Bret's Towing | OMS Properties | ACT RE | Bret's RE | 5408 LLC | 5414 LLC | Daddy Jeff | Piller/Brecht | Totals |
|---|---|---|---|---|---|---|---|---|---|---|
| **Current Assets (as of 1/30/26)** | | | | | | | | | | |
| Checking/Savings Accounts | | | | | | | | | | |
| Cash On Hand | $ 410 | $ 8 | | | | | | | | |
| Undeposited Checks (as of 1/31/26) | $ 37,932 | $ 7,162 | | | | | | | | |
| Associated Bank (payroll, '333) | $ 100 | | | | | | | | | |
| Associated Bank (operating, '492) | $ 83,725 | | | | | | | | | |
| Associated Bank (operating, '659) | | $ 35,634 | | | | | | | | |
| Accounts Receivable | | | | | | | | | | |
| Customer Accounts Receivable (less than 90 days) | $ 415,418 | $ 38,986 | | | | | | | | |
| Customer Accounts Receivable (more than 90 days) | $ 32,045 | $ 168,807 | | | | | | | | |
| **Total Current Assets (Cash Collateral)(Book Value)** | $ 569,630 | $ 250,597 | | | | | | | | |
| | | | | | | | | | | |
| **Total Current Assets (Fair Market Value)** | $ 512,066 | $ 204,497 | | | | | | | | |
| (Explanation for for market value is in declaration.) | | | | | | | | | | |
| | | | | | | | | | | |
| **Fixed Assets** | | | | | | | | | | |
| EIDL Assets | $ 498,081 | | | | | | | | | |
| Computers (book value as of 12/29/25) | $ 3,731 | $ - | | | | | | | | |
| Machinery & Equipment (book value as of 12/29/25) | $ 2,804,669 | $ 321,963 | | | | | | | | |
| Shop Equipment & Tools | $ 20,642 | $ 44,012 | | | | | | | | |
| **Total Fixed Assets (Book Value as of 12/29/25)** | $ 3,327,123 | $ 365,975 | | | | | | | | |
| | | | | | | | | | | |
| **Total Fixed Assets (Fair Market Value)** | $ 2,210,694 | $ 22,006 | | | | | | | | |
| (Explanation for for market value is in declaration.) | | | | | | | | | | |
| | | | | | | | | | | |
| **Total Estimated Fair Market Value of Cash Collateral and Fixed Assets, exluding Real Estate** | $ 2,722,760 | $ 226,503 | | | | | | | | |
| | | | | | | | | | | |
| **Real Estate (estimated values per J. Piller before transaction costs)** | | | | | | | | | | |
| 1711-1719 S. 83rd St., West Allis, WI | | | | | | | | $ 550,000 | | $ 550,000 |
| 2209 S. Business Dr., Sheboygan, WI | | | | | $ 300,000 | | | | | $ 300,000 |
| 2073 County Rd. W., Grafton, WI | | | | $ 600,000 | | | | | | $ 600,000 |
| 1213 W. Mallory Ave., Milwaukee, WI | | | $ 1,250,000 | | | | | | | $ 1,250,000 |
| 5408 S. 13th St. Milwaukee, WI | | | | | | $ 228,000 | | | | $ 228,000 |
| 2233 S. Business Dr., Sheboygan, WI | | | | | $ 490,000 | | | | | $ 490,000 |
| 1811 Martin Ave., Sheboygan, WI (impound storage) | | | | | $ 85,000 | | | | | $ 85,000 |
| 5414 S. 13th St., Milwaukee, WI | | | | | | | $ 298,000 | | | $ 298,000 |
| 3023 W. Forest Hill Ave., Franklin, WI | | | | | | | | | $ 800,000 | $ 800,000 |
| **Total Estimated Fair Market Value of Real Estate** | | | $ 1,250,000 | $ 600,000 | $ 875,000 | $ 228,000 | $ 298,000 | $ 550,000 | $ 800,000 | $ 4,601,000 |
| | | | | | | | | | | |
| **Net Value Net Estimated Transaction Costs of 7% on Liquidation)** | | | $ 1,162,500 | $ 558,000 | $ 813,750 | $ 212,040 | $ 277,140 | $ 511,500 | $ 744,000 | $ 4,278,930 |
| | | | | | | | | | | |
| **Secured Liabilities based upon First Position Mortgages** | | | | | | | | | | |
| UW Credit Union (personal mortgage) | | | | | | | | | $ 522,208 | $ 522,208 |
| UW Credit Union (HELOC) | | | | | | | | | $ 39,085 | $ 39,085 |
| Bret Graff | | | | | | | | | $ 302,000 | $ 302,000 |
| Vince Bobot | | | | | | $ 188,996 | | | | $ 188,996 |
| Old National Bank | | | | | $ 506,376 | | | | | $ 506,376 |
| Loan Funder LLC | | | | | | | $ 230,954 | | | $ 230,954 |
| **Total Secured Liabilities based upon First Position Mortgages** | | | $ - | $ - | $ 506,376 | $ 188,996 | $ 230,954 | $ - | $ 863,293 | $ 1,789,619 |
| | | | | | | | | | | |
| **Net Equity for Junior Mortgages to Attach** | | | $ 1,162,500 | $ 558,000 | $ 307,374 | $ 23,044 | $ 46,186 | $ 511,500 | $ - | $ 2,608,604 |
| Newtek Business Services Holdco6, Inc. | | | | | | | | | | |
| | | | | | | | | | | |
| **Assets Available to Creditors with Liens on all Assets** | | | | | | | | | | |
| Total Estimated Fair Market Value of Cash Collateral and Fixed Assets, exluding Real Estate | $ 2,722,760 | $ 226,503 | | | | | | | | $ 2,949,262 |
| Net Equity for Junior Mortgages to Attach | | | $ 1,162,500 | $ 558,000 | $ 307,374 | $ 23,044 | $ 46,186 | $ 511,500 | $ - | $ 2,608,604 |
| **Total Assets Available to Creditors with Liens on all Assets** | $ 2,722,760 | $ 226,503 | $ 1,162,500 | $ 558,000 | $ 307,374 | $ 23,044 | $ 46,186 | $ 511,500 | $ - | $ 5,557,866 |
| | | | | | | | | | (Rounded to:) | $ 5,550,000 |

Page 1

Exhibit 2
Cash Collateral Analysis

Page 2

| | All-City | Bret's Towing | OMS Properties | ACT RE | Bret's RE | 5408 LLC | 5414 LLC | Daddy Jeff | Piller/Brecht | Totals |
|---|---|---|---|---|---|---|---|---|---|---|
| **Total Assets Available to Creditors with Liens on all Assets** | $ 2,722,760 | $ 226,503 | $ 1,162,500 | $ 558,000 | $ 307,374 | $ 23,044 | $ 46,186 | $ 511,500 | $ - | $ 5,557,866 |
| | | | | | | | | | (Rounded to:) | $ 5,550,000 |
| **Secured Creditors with Liens on all Assets (in order of priority)** | | | | | | | | | | |
| Newtek Business Services Holdco6, Inc. (UCC filing date of (filing date with WDFI: 5/30/19; #20190531000281-0; continuation statement filed: 4/15/24; #20240415000009-3) | $ 5,100,000 | $ 5,100,000 | $ 5,100,000 | $ 5,100,000 | $ 5,100,000 | $ 5,100,000 | $ 5,100,000 | 5,100,000 | | $ 5,100,000 |
| U.S. Small Business Administration (UCC filing date of 12/13/21; #20211213000079-6) | $ 500,000 | | | | | | | | | $ 500,000 |
| Old National Bank (UCC filing date of 7/31/23; #20230731000239-8) | | $ 773,735 | | | | | | | | $ 773,735 |
| **Total for these Secured Creditors with Liens on all Assets** | $ 5,600,000 | $ 5,873,735 | $ 5,100,000 | $ 5,100,000 | $ 5,100,000 | $ 5,100,000 | $ 5,100,000 | 5,100,000 | | $ 6,373,735 |
| **Assets available for Creditors other than Newtek, SBA and Old National** | $ (2,377,240) | $ (4,873,497) | $ (3,937,500) | $ (4,542,000) | $ (4,792,626) | $ (5,076,956) | $ (5,053,814) | (4,588,500) | | $ (823,735) |