# All City Towing LLC
# Balance Sheet
## As of December 29, 2025

**Exhibit 3**

|  | Dec 29, 25 |
|---|---:|
| **ASSETS** | |
| **Current Assets** | |
| **Checking/Savings** | |
| Cash On Hand | 23,302.34 |
| CENTIVO | 48.59 |
| Chase | -155,911.51 |
| Chase - Auto Haulers | 375.00 |
| US Bank | 52,328.10 |
| **Total Checking/Savings** | -79,857.48 |
| **Accounts Receivable** | |
| 120000 · Accounts Receivable | 529,298.52 |
| 120500 · Employee Receivables | 3,592.32 |
| **Total Accounts Receivable** | 532,890.84 |
| **Other Current Assets** | |
| Adjustment | 34,526.00 |
| Advanced Charges | 2,801.46 |
| Loan to Brets | 26,418.05 |
| 120001 · Undeposited Funds | 30,433.08 |
| 121500 · Employee Advances | 2,281.78 |
| 133000 · Prepaid Other | 45,449.68 |
| 133010 · Prepaid Liability Insurance | 24,850.00 |
| 133100 · IRP Prepaid | 11,101.06 |
| 270012 · Loan to Mactire Services | -207,459.86 |
| **Total Other Current Assets** | -29,598.75 |
| **Total Current Assets** | 423,434.61 |
| **Fixed Assets** | |
| EIDL Assets | 498,081.40 |
| 150010 · Computers | 3,730.97 |
| 151000 · Machinery & Equipment | 8,277,868.43 |
| 151050 · Shop Equipment & Tools | 20,642.23 |
| 153600 · Land-Bldg Imp | 32,552.27 |
| 160000 · Accum Depreciation | -5,473,199.32 |
| 173500 · Accum Amort Closing Costs | -35,094.83 |
| **Total Fixed Assets** | 3,324,581.15 |
| **Other Assets** | |
| Employee Loans | 2,739.52 |
| Holding Account | -98,805.48 |
| Refinance Holding Accnts | -1,676,258.31 |
| 151100 · Goodwill | 250,000.00 |
| **Total Other Assets** | -1,522,324.27 |
| **TOTAL ASSETS** | **2,225,691.49** |
| **LIABILITIES & EQUITY** | |
| **Liabilities** | |
| **Current Liabilities** | |
| Accounts Payable | |

# All City Towing LLC
# Balance Sheet
## As of December 29, 2025

**Exhibit 3**

|  | Dec 29, 25 |
|---|---:|
| **220000 · Accounts Payable** | 53,344.36 |
| **Total Accounts Payable** | 53,344.36 |
| **Total Credit Cards** | 184,510.89 |
| **Other Current Liabilities** | |
|    220500 · Accrued Liability Insurance | 4,045.22 |
|    228500 · Sales Tax Payable | 3,117.08 |
|    Total 240000 · Payroll Liabilities | 63,110.21 |
| **Total Other Current Liabilities** | 70,272.51 |
| **Total Current Liabilities** | 308,127.76 |
| **Long Term Liabilities** | |
|    Total 260010 · Alley Bank | 46,536.48 |
|    Total 260020 · Ascentium Capital | 161,791.21 |
|    260030 · Balboa $3126.00 Trk#50 | 33,376.14 |
|    260060 · Funding Circle Trk#3 | 0.00 |
|    260070 · HomeTrustBank $4889.13 #51/#52 | 64,128.49 |
|    260090 · Newtek Finance SBA Loan | 0.00 |
|    Total 260100 · Santander Bank, N.A. | 289,598.56 |
|    Total 260110 · PNC Equipment Finance | 72,193.94 |
|    Total 260120 · Financial Pacific Leasing | 50,047.09 |
|    Total 260210 · Landmark Credit Union | 8,678.03 |
|    Total 260300 · Toyota Financial Services | 425,506.55 |
|    260310 · Lanser Towing Acquisition | 0.00 |
|    260320 · BHG Lanser Towing Acquisition | 0.00 |
|    Total 260350 · Beacon Funding | 221,567.61 |
|    Total 260450 · AP Equipment | 312,104.27 |
|    260600 · EIDL Loan | 500,000.00 |
|    Total 260610 · Huntington National/TCF Bankl | 155,049.52 |
|    Total 260620 · Zips Equip | 370,829.52 |
|    Total 260700 · Old National Equip | 773,735.77 |
|    Total 260800 · Amur Equipment | 96,397.13 |
|    Total 260900 · LEAF Financial | 228,474.35 |
|    260920 · Square Loan | 0.00 |
| **Total Long Term Liabilities** | 3,810,014.66 |
| **Total Liabilities** | 4,118,142.42 |
| **Equity** | |
|    310000 · Retained Earnings | -1,958,866.83 |
|    Net Income | 66,415.90 |
| **Total Equity** | -1,892,450.93 |
| **TOTAL LIABILITIES & EQUITY** | 2,225,691.49 |