# Bret's Towing & Auto Repair LLC
## Balance Sheet
### As of December 31, 2025

**Exhibit 4**

|  | Dec 31, 25 |
|---|---:|
| **ASSETS** | |
| **Current Assets** | |
| **Checking/Savings** | |
| Cash on Hand | 5,677.05 |
| Old National | 18,553.76 |
| **Total Checking/Savings** | 24,230.81 |
| **Accounts Receivable** | |
| Accounts Receivable | 204,565.51 |
| **Total Accounts Receivable** | 204,565.51 |
| **Other Current Assets** | |
| Undeposited Funds | 4,701.53 |
| **Total Other Current Assets** | 4,701.53 |
| **Total Current Assets** | 233,497.85 |
| **Fixed Assets** | |
| Accumulated Depreciation | -35,969.00 |
| Machinery & Equipment | 361,132.37 |
| Property/Land | 720,019.60 |
| Shop Equipment & Tools | 46,003.28 |
| **Total Fixed Assets** | 1,091,186.25 |
| **Other Assets** | |
| Holding Account | 139,931.00 |
| **Total Other Assets** | 139,931.00 |
| **TOTAL ASSETS** | **1,464,615.10** |
| **LIABILITIES & EQUITY** | |
| **Liabilities** | |
| **Current Liabilities** | |
| **Accounts Payable** | |
| Accounts Payable | 3,004.08 |
| **Total Accounts Payable** | 3,004.08 |
| **Other Current Liabilities** | |
| Sales Tax Payable | 7,073.61 |
| **Total Other Current Liabilities** | 7,073.61 |
| **Total Current Liabilities** | 10,077.69 |
| **Long Term Liabilities** | |
| All City Loan | 133,847.94 |
| Bret & Kelly Graff Loan | 302,427.81 |
| **Total Old National Loans** | 504,905.73 |
| **Total Long Term Liabilities** | 941,181.48 |
| **Total Liabilities** | 951,259.17 |
| **Equity** | |
| Members Equity | 342,853.45 |
| Net Income | 170,502.48 |
| **Total Equity** | 513,355.93 |
| **TOTAL LIABILITIES & EQUITY** | **1,464,615.10** |