# All City Towing LLC
## Profit & Loss
### January 1 through December 29, 2025

**Exhibit 5**

| | TOTAL |
|---|---:|
| **Ordinary Income/Expense** | |
| **Income** | |
|     Scrap Vehicles/Parts | 117,844.85 |
|     400010 · Transportation | 4,791,664.09 |
|     401150 · Towing | 4,274,410.55 |
|     401200 · Service | 15,325.73 |
|     402101 · City/County Collected Fees | 139,169.64 |
|     403150 · Storage | 160,684.45 |
| **Total Income** | 9,499,099.31 |
| **Cost of Goods Sold** | |
|     Parts for Repairs | 160,698.20 |
|     Total 500000 · Direct Materials & Costs | 1,187,003.77 |
|     Total 540000 · Subcontractors | 881,316.72 |
|     Total 550000 · Direct Labor | 3,816,693.05 |
|     560000 · Direct Overhead | |
|     Total 560000 · Direct Overhead | 1,355,303.42 |
| **Total COGS** | 7,401,015.16 |
| **Gross Profit** | 2,098,084.15 |
| **Expense** | |
|     Total 600000 · Admin Payroll & Related | 612,578.38 |
|     700000 · General Expenses | |
|         701000 · Advertising | 3,596.00 |
|         701050 · Help Wanted Ads | 4,848.19 |
|         703000 · Bank Service Charges | 25,651.84 |
|         705010 · Computers/Programs | 47,488.35 |
|         707000 · Donations/Sponors | 48,188.60 |
|         710000 · Meals and Business Expense | 6,955.78 |
|         713010 · Insurance - Liability | 385,271.21 |
|         713080 · Insurance - Ultraflex | 18,875.90 |
|         714000 · Interest Expense | 408,779.03 |
|         717000 · Legal & Professional Fees | 123,488.41 |
|         719000 · Misc | 0.02 |
|         719060 · Outside Services | 24,834.30 |
|         720000 · Office Equipment | 3,566.37 |
|         721000 · Office Supplies | 13,751.12 |
|         722000 · Postage & Parcels | 13,551.07 |
|         724500 · Rent / Building | 29,694.14 |
|         724530 · Rent/Grafton Building | 54,260.28 |
|         725010 · Building/Land Maint | 4,862.67 |
|         725020 · Building/Land Improvements | 5,877.15 |
|         732020 · Real Estate Taxes | 12,784.10 |
|         734000 · Telephone/Internet | 35,060.70 |
|         738050 · Utilities | 24,023.36 |
|         741000 · Lease expense | 19,570.95 |
|     Total 700000 · General Expenses | 1,314,979.54 |

# All City Towing LLC
## Profit & Loss
### January 1 through December 29, 2025

**Exhibit 5**

|  | TOTAL |
|---|---:|
| **Total Expense** | 1,927,557.92 |
| **Net Ordinary Income** | 170,526.23 |
| **Other Income/Expense** | |
| Total Other Income | -948.97 |
| Total Other Expense | 100,643.41 |
| **Net Other Income** | -101,592.38 |
| **Net Income** | **68,933.85** |