# Bret's Towing & Auto Repair LLC
## Profit & Loss
### January through December 2025

**Exhibit 6**

|  | Jan - Dec 25 |
|---|---:|
| **Ordinary Income/Expense** | |
| **Income** | |
| Manitowoc Service | 4,068.38 |
| Manitowoc Storage | 500.00 |
| Manitowoc Towing | 9,904.48 |
| Manitowoc Transportation | 165.00 |
| Sheboygan Scrap Vehicles/Parts | 45,294.64 |
| Sheboygan Service | 621,486.69 |
| Sheboygan Storage | 95,902.63 |
| Sheboygan Towing | 783,875.13 |
| Sheboygan Transportation | 105,824.76 |
| **Total Income** | 1,667,021.71 |
| **Cost of Goods Sold** | |
| Fees/Permits | 2,395.27 |
| Fuel | 53,467.59 |
| Parts for Repairs | 226,213.22 |
| Shop Supplies | 10,706.07 |
| Shop Tools | 5,008.60 |
| Truck Equipment | 5,578.11 |
| **Total COGS** | 303,368.86 |
| **Gross Profit** | 1,363,652.85 |
| **Expense** | |
| Advertising | 3,519.40 |
| Bank Service Charges | 29,010.48 |
| Building/Land Maint | 7,713.26 |
| Computers/Programs | 7,236.86 |
| Damages | 3,074.51 |
| Donations/Sponsorships | 3,874.44 |
| Fees - Impounds/Inquiries | 8,868.00 |
| Insurance Expense | 47,444.40 |
| Interest Expense | 61,279.53 |
| Lease Expense | 277,916.40 |
| Licenses & Registrations | 1,873.92 |
| Lodging | 711.65 |
| Meals/Business Expense | 71.67 |
| Office Equipment | 2,105.76 |
| Office Supplies | 1,674.06 |
| Outside Services | 10,500.72 |
| Payroll Expenses | 616,588.06 |
| Postage & Parcels | 5,643.45 |
| Professional Fees | 6,756.88 |
| Real Estate Taxes | 11,045.61 |
| Rent Expense | 36,226.19 |
| Repairs and Maintenance | 26,796.65 |
| Sublet Hauls | -4,482.90 |
| Telephone/Internet | 5,128.54 |

# Bret's Towing & Auto Repair LLC
## Profit & Loss
### January through December 2025

**Exhibit 6**

|  | Jan - Dec 25 |
|---|---:|
| truck Washes | 10.00 |
| Uniforms & Linens | 16,857.52 |
| Utilities | 6,185.17 |
| **Total Expense** | **1,193,630.23** |
| **Net Ordinary Income** | **170,022.62** |
| Other Income/Expense | |
|   Other Income | |
|     Sales Tax Discount | 479.86 |
|   **Total Other Income** | **479.86** |
| **Net Other Income** | **479.86** |
| **Net Income** | **170,502.48** |