# All City Towing LLC
# Payroll Summary
### January 30, 2026

| | Hours | Rate | Jan 30, 26 |
|---|---:|---:|---:|
| **Employee Wages, Taxes and Adjustments** | | | |
|   **Gross Pay** | | | |
|     Clerical Salary | | | 1,923.08 |
|     Manager Brets Salary | | | 4,019.23 |
|     Semi Salary | | | 1,553.28 |
|     4 Car Hourly | 80.00 | 27.00 | 2,160.00 |
|     4 Car Overtime | 24.79 | 40.50 | 1,004.00 |
|     Brets Heavy | 3.00 | 30.00 | 90.00 |
|     Brets Heavy Overtime | 2.00 | 45.00 | 90.00 |
|     Brets Hourly | 88.30 | 30.00 | 2,104.90 |
|     Brets Hourly Overtime | 23.48 | 33.75 | 829.32 |
|     Brets Technician | 75.00 | 29.00 | 2,210.00 |
|     Brets Technician Overtime | 11.80 | 43.50 | 520.25 |
|     Clerical | 262.97 | 21.50 | 6,995.10 |
|     Clerical Overtime | 42.04 | 40.50 | 1,794.82 |
|     Dispatcher | 323.02 | 27.00 | 8,022.99 |
|     Dispatcher Overtime | 28.51 | 40.50 | 1,111.24 |
|     Drive Crew | 194.11 | 7.90 | 2,824.34 |
|     Semi / Heavy Dr OT Hourly | 26.81 | 40.50 | 1,170.21 |
|     Semi / Heavy Driver Hourly | 132.23 | 27.00 | 3,781.38 |
|     Shop Time | 121.46 | 34.00 | 3,489.10 |
|     Shop Time OT | 3.50 | 51.00 | 181.61 |
|     Technician | 109.50 | 39.00 | 4,097.75 |
|     Technician Overtime | 44.38 | 58.50 | 2,525.52 |
|     Tow Truck Driver | 870.87 | 26.50 | 21,500.92 |
|     Tow Truck Driver Overtime | 240.81 | 39.75 | 8,778.99 |
|     Training | 9.17 | 34.00 | 311.78 |
|     Vacation Hourly | 112.00 | 27.00 | 2,880.00 |
|     Brets Commission | | | 1,835.85 |
|     Semi Commission | | | 5,121.00 |
|     Bonus | | | 430.00 |
|   **Total Gross Pay** | 2,829.75 | | 93,356.66 |
|   **Deductions from Gross Pay** | | | |
|     PR SDU | | | -43.85 |
|     Principal STD | | | -265.02 |
|     SDU | | | -120.69 |
|     Section 125 Health Ins | | | -2,787.69 |
|   **Total Deductions from Gross Pay** | | | -3,217.25 |
| **Adjusted Gross Pay** | 2,829.75 | | 90,139.41 |
| **Taxes Withheld** | | | |
|   Federal Withholding | | | -7,501.00 |
|   Medicare Employee | | | -1,313.19 |
|   Social Security Employee | | | -5,615.21 |
|   WI - Withholding | | | -3,633.56 |

# All City Towing LLC
# Payroll Summary
### January 30, 2026

| | Hours | Rate | Jan 30, 26 |
|---|---|---|---|
| **Medicare Employee Addl Tax** | | | 0.00 |
| **Total Taxes Withheld** | | | -18,062.96 |
| **Deductions from Net Pay** | | | |
|     AlexRamos - Dobber Law | | | -234.23 |
|     ALindsay K&A Garnishment | | | -191.35 |
|     BRauch Deduction | | | -25.00 |
|     Receivables | | | -12.16 |
|     Uniforms | | | -636.96 |
|     WISCTF | | | -559.77 |
| **Total Deductions from Net Pay** | | | -1,659.47 |
| **Net Pay** | 2,829.75 | | 70,416.98 |
| **Employer Taxes and Contributions** | | | |
|     Federal Unemployment | | | 289.30 |
|     Medicare Company | | | 1,313.19 |
|     Social Security Company | | | 5,615.21 |
|     WI - Unemployment Company | | | 579.13 |
| **Total Employer Taxes and Contributions** | | | 7,796.83 |