UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF WISCONSIN

**In re:**

| | |
|---|---|
| **All-City Towing LLC,** | Case No.: 26-20523 |
| **Bret's Towing LLC,** | Case No.: 26-20524 |
| **ACT RE LLC,** | Case No.: 26-20525 |
| **Bret's RE LLC,** | Case No.: 26-20526 |
| **OMS Properties LLC,** | Case No.: 26-20527 |
| **5408 S 13th LLC,** | Case No.: 26-20528 |
| **5414 S 13th LLC,** | Case No.: 26-20529 |
| **Daddy Jeff LLC,** | Case No.: 26-20530 |
| **Mactire Services LLC,** | Case No.: 26-20531 |
| **Jeffrey Piller and Candice Brecht,** | Case No.: 26-20532 |
| **Debtors.** | Chapter 11 Proceedings (Motion for Joint Administration Pending) |

### DECLARATION OF EVAN P. SCHMIT IN SUPPORT OF THE DEBTORS' FIRST DAY MOTIONS

I, Evan P. Schmit, declare under 28 U.S.C. § 1746 that the following is true to the best of my knowledge, information and belief:

1. I have personal knowledge of all facts set forth in this declaration. If I were called upon to testify, I could and would testify competently to these facts.

2. I am attorney licensed to practice law in the State of Wisconsin and practice with the law firm of Kerkman & Dunn ("K&D").

3. K&D ordered a search from the Wisconsin Department of Financial Institutions of UCC Financing Statements that had been filed naming one of the above-captioned debtors as a debtor in the financing statement. A copy of the search results is attached as Exhibit 8.

4. I also requested copies of the financing statements filed. I reviewed them and determined that for purposes of cash collateral some of the financing statements were relevant. They are attached as Exhibit 9 and Exhibit 10.

5. As to the financing statements filed against All-City Towing LLC ("All-City"), I found the following:

    (a) Newtek appears to have a perfected lien against the cash collateral of All-City. It filed a financing statement on 5/30/19 as document no. 20190531000281-0, a continuation statement on 4/15/24 as document no. 20240415000009-3. However, on October 22, 2025, NLC SPV II LLC ("NLC") recorded an assignment from Newtek of its financing statement filed September 4, 2025, and the Debtors state that they still pay Newtek.

    (b) The Small Business Administration ("SBA") appears to have a perfected lien against the cash collateral of All-City. It filed a financing statement on 12/13/21 as document no. 20211213000079-6.

    (c) Other secured creditors assert liens on the cash collateral as follows: Fundkite under a loan agreement dated October 21, 2025 (Corporation Service Company, as Representative, recorded a UCC financing statement as of the same date believed to be on behalf of Fundkite). MCA Servicing under a loan agreement dated October 24, 2025 (CHTD Company recorded a UCC financing statement as of October 27, 2025, believed to be on behalf of MCA Servicing). Aurum Funding under a loan agreement dated November 24, 2025 (the Debtors have not identified a corresponding filed UCC financing statement). Panthers Capital under a loan agreement dated December 2, 2025 (C T Corporation Systems recorded a UCC financing statement dated December 3, 2025, believed to be on

behalf of Panthers Capital). TVT under a loan agreement dated December 24, 2025 (C T Corporation System recorded a UCC financing statement December 31, 2025, believed to be on behalf of TVT). Copy of the All-City UCC result list accompanies this motion as Exhibit 8.[1]

4. As to the financing statements filed against Bret's Towing LLC ("Bret's Towing"), I found the following:

(a) Old National appears to have a perfected lien against the cash collateral of Bret's Towing. It filed a UCC financing statement with the Wisconsin Department of Financial Institutions on July 31, 2023, as document no. 20230731000239-8.

(b) Newtek asserts appears to have a perfected lien against the cash collateral of Bret's Towing. It filed a UCC financing statement with the Wisconsin Department of Financial Institutions on September 4, 2025, as document no. 20250904193261-7.

(c) Other secured creditors that may assert liens on the cash collateral as follows: Fundkite under a loan agreement dated October 21, 2025 (Corporation Service Company, as Representative, recorded a UCC financing statement as of the same date believed to be on behalf of Fundkite). MCA Servicing under a loan agreement dated October 24, 2025. (CHTD Company recorded a UCC financing statement as of October 27, 2025, believed to be on behalf of MCA Servicing.) Aurum Funding under a loan agreement dated November 24, 2025. (The Debtors have not identified a corresponding filed UCC financing statement.) Panthers Capital under a loan agreement dated December 2, 2025. (C T Corporation Systems recorded a UCC financing statement dated December

---

[1] Other parties claim liens in equipment and any proceeds from the equipment based upon purchase money security interests. The Debtors intend on filing separate motions to provide adequate protection to the equipment/vehicle lenders.

3

3, 2025, believed to be on behalf of Panthers Capital.) TVT under a loan agreement dated December 24, 2025. (C T Corporation System recorded a UCC financing statement December 31, 2025, believed to be on behalf of TVT.).

**Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.**

Dated: February 1, 2026.

                                                            */s/ Evan P. Schmit*
                                                            Evan P. Schmit

Drafted by:

Evan P. Schmit
Kerkman & Dunn
839 N. Jefferson St., Suite 400
Milwaukee, WI 53202-3744
Phone: 414.277.8200
Facsimile: 414.277.0100
Email: eschmit@kerkmandunn.com