██████████████
██████████████
██████████████
██████████████

# UCC FINANCING STATEMENT

FOLLOW INSTRUCTIONS

---

**A. NAME & PHONE OF CONTACT AT FILER (optional)**
**Unisearch, Inc.**

**B. E-MAIL CONTACT AT FILER (optional)**
**kristy.bertsch@unisearch.com**

**C. SEND ACKNOWLEDGEMENT TO:** (Name and Address)

**Unisearch, Inc.**
**1780 Barnes Blvd SW**
**Tumwater, WA 98512 USA**

**THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY**

---

1. DEBTOR'S NAME: Provide only one Debtor name (1a or 1b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name); if any part of the Individual Debtor's name will not fit in line 1b, leave all of item 1 blank, check here ∈ and provide the Individual Debtor information in item 10 of the Financing Statement Addendum (Form UCC1Ad)

| 1a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| **All-City Towing LLC** | | | |

OR

| 1b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
|---|---|---|---|
| | | | |

| 1c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| **1213 Mallory Avenue** | **Milwaukee** | **WI** | **53221** | **USA** |

2. DEBTOR'S NAME: Provide only one Debtor name (2a or 2b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name); if any part of the Individual Debtor's name will not fit in line 2b, leave all of item 2 blank, check here ∈ and provide the Individual Debtor information in item 10 of the Financing Statement Addendum (Form UCC1Ad)

| 2a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| | | | |

OR

| 2b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
|---|---|---|---|
| | | | |

| 2c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| | | | | |

3. SECURED PARTY'S NAME (or NAME of ASSIGNEE of ASSIGNOR SECURED PARTY): Provide only one Secured Party name (3a or 3b)

| 3a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| **Newtek Small Business Finance, LLC** | | | |

OR

| 3b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
|---|---|---|---|
| | | | |

| 3c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| **1981 Marcus Avenue, Suite 130** | **Lake Success** | **NY** | **11042** | **USA** |

4. COLLATERAL: This financing statement covers the following collateral:

All inventory, equipment, accounts (including but not limited to all health-care-insurance receivables), chattel paper, instruments (including but not limited to all promissory notes), letter-of-credit rights, letters of credit, documents, deposit accounts, investment property, money, other rights to payment and performance, and general intangibles (including but not limited to all software and all payment intangibles); all oil, gas and other minerals before extraction; all oil, gas, other minerals and accounts constituting as-extracted collateral; all fixtures; all timber to be cut; all attachments, accessions, accessories, fittings, increases, tools, parts, repairs, supplies, and commingled goods relating to the foregoing property, and all additions, replacements of and substitutions for all or any part of the foregoing property; all insurance refunds relating to the foregoing property; all good will relating to the foregoing property; all records and data and embedded software relating to the foregoing property, and all equipment, inventory and software to utilize, create, maintain and process any such records and data on electronic media; and all supporting obligations relating to the foregoing property; all whether now existing or hereafter arising, whether now owned or hereafter acquired or whether now or hereafter subject to any rights in the foregoing property; and all products and proceeds (including but not limited to all insurance payments) of or relating to the foregoing property.

---

5. Check only if applicable and check only one box: Collateral is ∈ held in a Trust (see UCC1Ad, item 17 and Instructions) ∈ being administered by a Decedent's Personal Representative

6a. Check only if applicable and check only one box:
∈ Public-Finance Transaction ∈ Manufactured-Home Transaction ∈ A Debtor is a Transmitting Utility

6b. Check only if applicable and check only one box:
∈ Agricultural Lien ∈ Non-UCC Filing

7. ALTERNATIVE DESIGNATION (if applicable): ∈ Lessee/Lessor ∈ Consignee/Consignor ∈ Seller/Buyer ∈ Bailee/Bailor ∈ Licensee/Licensor

8. OPTIONAL FILER REFERENCE DATA:
**874165**

EXHIBIT 9

**FILING OFFICE COPY** — UCC FINANCING STATEMENT (Form UCC1) (Rev. 04/20/11)

EXHIBIT 9

███████

Wisconsin Department of Financial Institutions - Uniform Commercial Code

# UCC FINANCING STATEMENT AMENDMENT

FOLLOW INSTRUCTIONS

**Filing Number: 20240415000009-3**

Filing Date and Time: 04/15/2024 03:08 AM

Total Number of Pages: 1

*(This document was filed electronically)*

A. NAME & PHONE OF CONTACT AT FILER (optional)
**Wolters Kluwer Lien Solutions  800-331-3282**

B. E-MAIL CONTACT AT FILER (optional)
**uccfilingreturn@wolterskluwer.com**

C. SEND ACKNOWLEDGEMENT TO:  (Name and Address)
**Lien Solutions**
**P.O. Box 29071**
**Glendale, CA 91209-9071 USA**

| 1a. INITIAL FINANCING STATEMENT FILE NUMBER **20190531000281-0** | 1b. ⊖ This FINANCING STATEMENT AMENDMENT is to be filed [for record] (or recorded) in the REAL ESTATE RECORDS Filer: attach Amendment Addendum (Form UCC3Ad) and provide Debtor's name in item 13 |
|---|---|

2. ⊖ **TERMINATION:** Effectiveness of the Financing Statement identified above is terminated with respect to the security interest(s) of Secured Party authorizing this Termination Statement

3. ⊖ **ASSIGNMENT** (full or partial):  Provide name of Assignee in item 7a or 7b, and address of Assignee in item 7c and name of Assignor in item 9
For partial assignment, complete items 7 and 9 and also indicate affected collateral in item 8

4. ☑ **CONTINUATION:** Effectiveness of the Financing Statement identified above with respect to the security interest(s) of Secured Party authorizing this Continuation Statement is continued for the additional period provided by applicable law

5. ⊖ **PARTY INFORMATION CHANGE:**
Check one of these two boxes:     AND Check one of these three boxes to:

This Change affects ⊖ Debtor or ⊖ Secured Party of record

⊖ CHANGE name and/or address: Complete item 6a or 6b; and item 7a or 7b and item 7c

⊖ ADD name: Complete item 7a or 7b, and item 7c

⊖ DELETE name: Give record name to be deleted in item 6a or 6b

6. CURRENT RECORD INFORMATION:  Complete for Party Information Change - provide only one name (6a or 6b)

| 6a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| OR 6b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |

7. CHANGED OR ADDED INFORMATION:  Complete for Assignment or Party Information Change - provide only one name (7a or 7b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name)

| 7a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| OR 7b. INDIVIDUAL'S SURNAME | | | |
| INDIVIDUAL'S FIRST PERSONAL NAME | | | |
| INDIVIDUAL'S ADDITIONAL NAME(S)/INITIAL(S) | | | SUFFIX |

| 7c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|

8. ⊖ **COLLATERAL CHANGE:** Also check one of these four boxes:  ⊖ ADD collateral  ⊖ DELETE collateral  ⊖ RESTATE covered collateral  ⊖ ASSIGN collateral

Indicate collateral:

9. NAME OF SECURED PARTY OF RECORD AUTHORIZING THIS AMENDMENT:  Provide only one name (9a or 9b) (name of Assignor, if this is an Assignment)
If this is an Amendment authorized by a DEBTOR, check here ⊖ and provide name of authorizing Debtor

| 9a. ORGANIZATION'S NAME **NEWTEK SMALL BUSINESS FINANCE, LLC** | | | |
|---|---|---|---|
| OR 9b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |

10. OPTIONAL FILER REFERENCE DATA:
**98378185- Debtor: ALL-CITY TOWING LLC**

**FILING OFFICE COPY** — UCC FINANCING STATEMENT AMENDMENT (Form UCC3) (Rev. 04/20/11)

EXHIBIT 9

███████████
███████████
███████████

Wisconsin Department of Financial Institutions - Uniform
Commercial Code

# UCC FINANCING STATEMENT

FOLLOW INSTRUCTIONS

**Filing Number: 20211213000079-6**

Filing Date and Time: 12/13/2021 09:11 AM

Total Number of Pages: 1

*(This document was filed electronically)*

A. NAME & PHONE OF CONTACT AT FILER (optional)
**Corporation Service Company  1-800-858-5294**

B. E-MAIL CONTACT AT FILER (optional)
**SPRFiling@cscglobal.com**

C. SEND ACKNOWLEDGEMENT TO:  (Name and Address)

**CSC**
**801 Adlai Stevenson Drive**
**Springfield, IL 62703 USA**

---

1. DEBTOR'S NAME: Provide only <u>one</u> Debtor name (1a or 1b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name); if any part of the Individual Debtor's name will not fit in line 1b, leave all of item 1 blank, check here ∈ and provide the Individual Debtor information in item 10 of the Financing Statement Addendum (Form UCC1Ad)

| 1a. ORGANIZATION'S NAME **ALL-CITY TOWING LLC** | | | |
|---|---|---|---|
| 1b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |

| 1c. MAILING ADDRESS **1213 w mallory ave** | CITY **milwaukee** | STATE **WI** | POSTAL CODE **53221** | COUNTRY **USA** |
|---|---|---|---|---|

2. DEBTOR'S NAME: Provide only <u>one</u> Debtor name (2a or 2b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name); if any part of the Individual Debtor's name will not fit in line 2b, leave all of item 2 blank, check here ∈ and provide the Individual Debtor information in item 10 of the Financing Statement Addendum (Form UCC1Ad)

| 2a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| 2b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |

| 2c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|

3. SECURED PARTY'S NAME (or NAME of ASSIGNEE of ASSIGNOR SECURED PARTY):  Provide only <u>one</u> Secured Party name (3a or 3b)

| 3a. ORGANIZATION'S NAME **U.S. Small Business Administration** | | | |
|---|---|---|---|
| 3b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |

| 3c. MAILING ADDRESS **2 North 20th Street, Suite 320** | CITY **Birmingham** | STATE **AL** | POSTAL CODE **35203** | COUNTRY **USA** |
|---|---|---|---|---|

4. COLLATERAL: This financing statement covers the following collateral:

All tangible and intangible personal property, including, but not limited to: (a) inventory, (b) equipment, (c) instruments, including promissory notes (d) chattel paper, including tangible chattel paper and electronic chattel paper, (e) documents, (f) letter of credit rights, (g) accounts, including health-care insurance receivables and credit card receivables, (h) deposit accounts, (i) commercial tort claims, (j) general intangibles, including payment intangibles and software and (k) as-extracted collateral as such terms may from time to time be defined in the Uniform Commercial Code. The security interest Borrower grants includes all accessions, attachments, accessories, parts, supplies and replacements for the Collateral, all products, proceeds and collections thereof and all records and data relating thereto. 257407 9103

---

5. Check <u>only</u> if applicable and check <u>only</u> one box: Collateral is ∈ held in a Trust (see UCC1Ad, item 17 and Instructions) ∈ being administered by a Decedent's Personal Representative

6a. Check <u>only</u> if applicable and check <u>only</u> one box:
∈ Public-Finance Transaction   ∈ Manufactured-Home Transaction   ∈ A Debtor is a Transmitting Utility

6b. Check <u>only</u> if applicable and check <u>only</u> one box:
∈ Agricultural Lien   ∈ Non-UCC Filing

7. ALTERNATIVE DESIGNATION (if applicable): ∈ Lessee/Lessor   ∈ Consignee/Consignor   ∈ Seller/Buyer   ∈ Bailee/Bailor   ∈ Licensee/Licensor

8. OPTIONAL FILER REFERENCE DATA:
**1018141**

**FILING OFFICE COPY** — UCC FINANCING STATEMENT (Form UCC1) (Rev. 04/20/11)

EXHIBIT 9



State of Wisconsin
Department of Financial Institutions

# UCC Financing Statement

Wisconsin Department of Financial Institutions - Uniform Commercial Code
**Filing Number: 20250904193261-7**
Filing Date and Time: 09/04/2025 10:20 AM
Total Number of Pages: 2

| | |
|---|---|
| **NAME OF SUBMITTER:** | Wolters Kluwer Lien Solutions |
| **PHONE NUMBER OF SUBMITTER:** | |
| **EMAIL OF SUBMITTER:** | DL-WK-UCC-FILING@wolterskluwer.com |
| **SEND ACKNOWLEDGEMENT TO:** | Lien Solutions<br>P.O. Box 29071<br>Glendale, CA 91209-9071 |

## DEBTOR INFORMATION

**ORGANIZATION'S NAME:** ALL CITY TOWING LLC
**MAILING ADDRESS:** 1213 W Mallory Ave
**CITY:** Milwaukee  **STATE:** WI  **POSTAL CODE:** 53221  **COUNTRY:** USA

**ORGANIZATION'S NAME:** BRET'S TOWING LLC
**MAILING ADDRESS:** 2233 S Business Dr
**CITY:** Sheboygan  **STATE:** WI  **POSTAL CODE:** 53081  **COUNTRY:** USA

**ORGANIZATION'S NAME:** OMS Properties, LLC
**MAILING ADDRESS:** 1213 W Mallory Ave
**CITY:** Milwaukee  **STATE:** WI  **POSTAL CODE:** 53221  **COUNTRY:** USA

## SECURED PARTY INFORMATION

**ORGANIZATION'S NAME:** NEWTEK BUSINESS SERVICES HOLDCO 6, INC.
**MAILING ADDRESS:** 200 S Orange Avenue, Suite 1175
**CITY:** Orlando  **STATE:** FL  **POSTAL CODE:** 32801  **COUNTRY:** USA

## COLLATERAL INFORMATION

**This financing statement covers the following collateral:**

All inventory, equipment, accounts (including but not limited to all health-care-insurance receivables), chattel paper, instruments (including but not limited to all promissory notes), letter-of-credit rights, letters of credit, documents, deposit accounts, investment property, money, other rights to payment and performance, and general intangibles (including but not limited to all software and all payment intangibles); all oil, gas and other minerals before extraction; all oil, gas, other minerals and accounts constituting as-extracted collateral; all fixtures; all timber to be cut; all attachments, accessions, accessories, fittings, increases, tools, parts, repairs, supplies, and commingled goods relating to the foregoing property, and all additions, replacements of and substitutions for all or any part of the foregoing property; all insurance refunds relating to the foregoing property; all good will relating to the foregoing property; all records and data and embedded software relating to the foregoing property, and all equipment, inventory and software to utilize, create, maintain and process any such records and data on electronic media; and all supporting obligations relating to the foregoing property; all whether now existing or hereafter arising, whether now owned or hereafter acquired or whether now or hereafter subject to any rights in the foregoing property; and all products and proceeds (including but not limited to all insurance payments) of or relating to the foregoing property.

EXHIBIT 9

## COLLATERAL DESIGNATION

Held in Trust: No

Being administered by a Descendant's Personal Representative: No

## FILING TYPE

Public Finance: No

Transmitting Utility: No

Manufactured Home: No

Non-UCC Filing: No

Agriculture Lien: No

## ALTERNATIVE DESIGNATION

Lessee/Lessor: No

Licensee/Licensor: No

Consignee/Consignor: No

Bailee/Bailor: No

Seller/Buyer: No

## FINANCING STATEMENT IN RELATION TO REAL ESTATE

**This is to be filed (recorded) in the real estate records:** No

**This statement covers timber to be cut:** No

**This statement covers as-extracted collateral:** No

**This statement is filed as a fixture filing:** No

**Name and address of a Record Owner of real estate as described below (if Debtor does not have a record interest):**

**Description of real estate:**

## OPTIONAL FILER REFERENCE DATA

105632992

## MISCELLANEOUS

EXHIBIT 9



State of Wisconsin  
Department of Financial Institutions  
## UCC Financing Statement Amendment

Wisconsin Department of Financial Institutions - Uniform Commercial Code  
**Filing Number: 20251022216595-2**  
Filing Date and Time: 10/22/2025 01:56 PM  
Total Number of Pages: 2

| | |
|---|---|
| **NAME OF SUBMITTER:** | Wolters Kluwer Lien Solutions |
| **PHONE NUMBER OF SUBMITTER:** | |
| **EMAIL OF SUBMITTER:** | DL-WK-UCC-FILING@wolterskluwer.com |
| **SEND ACKNOWLEDGEMENT TO:** | Lien Solutions<br>P.O. Box 29071<br>Glendale, CA 91209-9071 |

### INITIAL FINANCING STATEMENT FILE NUMBER

**FINANCING STATEMENT NUMBER:** 20250904193261-7

This Financing Statement Amendment is to be filed (or recorded) in the Real Estate Records: No

### FILING TYPE

**TERMINATION:** No  
**ASSIGNMENT:** Yes  
**CONTINUATION:** No  
**PARTY INFORMATION CHANGE:** No.

### ASSIGNEE INFORMATION

**ORGANIZATION'S NAME:** NBL SPV II LLC  
**MAILING ADDRESS:** 200 S Orange Avenue, Suite 1175  
**CITY:** Orlando  **STATE:** FL  **POSTAL CODE:** 32801  **COUNTRY:** USA

### ASSIGNOR INFORMATION

**ORGANIZATION'S NAME:** NEWTEK BUSINESS SERVICES HOLDCO 6, INC.  **Authorized By:** Secured Party

### FINANCING STATEMENT IN RELATION TO REAL ESTATE

**This statement covers timber to be cut:** No

**This statement covers as-extracted collateral:** No

**This statement is filed as a fixture filing:** No

**Name and address of a Record Owner of real estate as described below (if Debtor does not have a record interest):**

**Description of real estate:**

## OPTIONAL FILER REFERENCE DATA

106289517- Debtor: ALL CITY TOWING LLC

## MISCELLANEOUS

EXHIBIT 9



State of Wisconsin
Department of Financial Institutions

# UCC Financing Statement

Wisconsin Department of Financial
Institutions - Uniform Commercial Code
**Filing Number: 20251021216085-4**
Filing Date and Time: 10/21/2025 04:29 PM
Total Number of Pages: 3

**NAME OF SUBMITTER:**          Corporation Service Company

**PHONE NUMBER OF SUBMITTER:**

**EMAIL OF SUBMITTER:**          WISOSUCCFilingsXMLV3@cscglobal.com

**SEND ACKNOWLEDGEMENT TO:**     CSC
801 Adlai Stevenson Drive
Springfield, IL 62703

## DEBTOR INFORMATION

**ORGANIZATION'S NAME:**     ALL-CITY TOWING LLC
**MAILING ADDRESS:**          1213 W MALLORY AVE
**CITY:** MILWAUKEE          **STATE:** WI          **POSTAL CODE:** 53221     **COUNTRY:** USA

**ORGANIZATION'S NAME:**     ALL CITY TOWING
**MAILING ADDRESS:**          1213 W MALLORY AVE
**CITY:** MILWAUKEE          **STATE:** WI          **POSTAL CODE:** 53221     **COUNTRY:** USA

**ORGANIZATION'S NAME:**     ALL-CITY TOWING LLC
**MAILING ADDRESS:**          2073 County Hwy W
**CITY:** GRAFTON          **STATE:** WI          **POSTAL CODE:** 53024     **COUNTRY:** USA

**ORGANIZATION'S NAME:**     BRET'S TOWING LLC
**MAILING ADDRESS:**          2233 S Business Dr
**CITY:** SHEBOYGAN          **STATE:** WI          **POSTAL CODE:** 53081     **COUNTRY:** USA

**ORGANIZATION'S NAME:**     THE MILWAUKEE CANNABIS COMPANY L.L.C.
**MAILING ADDRESS:**          1213 W MALLORY AVE
**CITY:** MILWAUKEE          **STATE:** WI          **POSTAL CODE:** 53221     **COUNTRY:** USA

**ORGANIZATION'S NAME:**     MACTIRE SERVICES LLC
**MAILING ADDRESS:**          1213 W MALLORY AVE
**CITY:** MILWAUKEE          **STATE:** WI          **POSTAL CODE:** 53221     **COUNTRY:** USA

**ORGANIZATION'S NAME:**     MILWAUKEE PARKING MANAGEMENT LLC
**MAILING ADDRESS:**          1213 W MALLORY AVE
**CITY:** MILWAUKEE          **STATE:** WI          **POSTAL CODE:** 53221     **COUNTRY:** USA

**ORGANIZATION'S NAME:**     AUTO HAULERS LLC

# EXHIBIT 9

**MAILING ADDRESS:**                    1213 W MALLORY AVE
**CITY:** MILWAUKEE                    **STATE:** WI          **POSTAL CODE:** 53221          **COUNTRY:** USA


**ORGANIZATION'S NAME:**          PILLER GROUP LLC
**MAILING ADDRESS:**                    1213 W MALLORY AVE
**CITY:** MILWAUKEE                    **STATE:** WI          **POSTAL CODE:** 53221          **COUNTRY:** USA


**ORGANIZATION'S NAME:**          BRET'S RE LLC
**MAILING ADDRESS:**                    1213 W MALLORY AVE
**CITY:** MILWAUKEE                    **STATE:** WI          **POSTAL CODE:** 53221          **COUNTRY:** USA


**ORGANIZATION'S NAME:**          LANSER TOWING LLC
**MAILING ADDRESS:**                    1213 W MALLORY AVE
**CITY:** MILWAUKEE                    **STATE:** WI          **POSTAL CODE:** 53221          **COUNTRY:** USA


**ORGANIZATION'S NAME:**          5408 S 13TH LLC
**MAILING ADDRESS:**                    1213 W MALLORY AVE
**CITY:** MILWAUKEE                    **STATE:** WI          **POSTAL CODE:** 53221          **COUNTRY:** USA


**ORGANIZATION'S NAME:**          ACT RE LLC
**MAILING ADDRESS:**                    1213 W MALLORY AVE
**CITY:** MILWAUKEE                    **STATE:** WI          **POSTAL CODE:** 53221          **COUNTRY:** USA


**ORGANIZATION'S NAME:**          DADDY JEFF LLC
**MAILING ADDRESS:**                    1213 W MALLORY AVE
**CITY:** MILWAUKEE                    **STATE:** WI          **POSTAL CODE:** 53221          **COUNTRY:** USA


**ORGANIZATION'S NAME:**          OMS PROPERTIES LLC
**MAILING ADDRESS:**                    1213 W MALLORY AVE
**CITY:** MILWAUKEE                    **STATE:** WI          **POSTAL CODE:** 53221          **COUNTRY:** USA


**ORGANIZATION'S NAME:**          LONGBOARD WEB PRODUCTIONS LLC
**MAILING ADDRESS:**                    5656 CHELSEA AVE
**CITY:** LA JOLLA                    **STATE:** CA          **POSTAL CODE:** 92037          **COUNTRY:** USA


**ORGANIZATION'S NAME:**          5414 S 13th LLC
**MAILING ADDRESS:**                    1213 W MALLORY AVE,
**CITY:** MILWAUKEE                    **STATE:** WI          **POSTAL CODE:** 53221          **COUNTRY:** USA


## SECURED PARTY INFORMATION


**ORGANIZATION'S NAME:**          Corporation Service Company, As Representative
**MAILING ADDRESS:**                    PO BOX 2576 UCCSPREP@CSCGLOBAL.COM
**CITY:** Springfield                    **STATE:** IL          **POSTAL CODE:** 62703          **COUNTRY:** USA


## COLLATERAL INFORMATION

EXHIBIT 9

**This financing statement covers the following collateral:**

Secured Party has purchased certain "Receipts" from Debtor. "Receipts" means payments received by Debtor, or its right to receive such payments, whether received in cash, check, electronic transfer, or other form of monetary payment and includes all payments made by a credit card, debit card, bank card, charge card. "Receipts" includes accounts and payment intangibles as defined under the Uniform Commercial Code. Debtor and Secured Party intend that the sale of Receipts is a sale and not an assignment for security. Notice: Pursuant to the agreement between Debtor and Secured Party, Debtor is prohibited from further encumbering the Receipts. In the event that any entity is granted a security interest in Debtor's Receipts contrary to the above, the Secured Party asserts a claim to any proceeds thereof received by such entity.

## COLLATERAL DESIGNATION

Held in Trust: No

Being administered by a Descendant's Personal Representative: No

## FILING TYPE

Public Finance: No

Transmitting Utility: No

Manufactured Home: No

Non-UCC Filing: No

Agriculture Lien: No

## ALTERNATIVE DESIGNATION

Lessee/Lessor: No

Licensee/Licensor: No

Consignee/Consignor: No

Bailee/Bailor: No

Seller/Buyer: No

## FINANCING STATEMENT IN RELATION TO REAL ESTATE

**This is to be filed (recorded) in the real estate records:** No

**This statement covers timber to be cut:** No

**This statement covers as-extracted collateral:** No

**This statement is filed as a fixture filing:** No

**Name and address of a Record Owner of real estate as described below (if Debtor does not have a record interest):**

**Description of real estate:**

## OPTIONAL FILER REFERENCE DATA

4578272

## MISCELLANEOUS

EXHIBIT 9



State of Wisconsin
Department of Financial Institutions

# UCC Financing Statement

Wisconsin Department of Financial
Institutions - Uniform Commercial Code
**Filing Number: 20251027218401-4**
Filing Date and Time: 10/27/2025 09:16 AM
Total Number of Pages: 3

**NAME OF SUBMITTER:** Corporation Service Company

**PHONE NUMBER OF SUBMITTER:**

**EMAIL OF SUBMITTER:** WISOSUCCFilingsXMLV3@cscglobal.com

**SEND ACKNOWLEDGEMENT TO:** Corporation Service Company
801 Adlai Stevenson Drive
Springfield, IL 62703

## DEBTOR INFORMATION

**ORGANIZATION'S NAME:** ALL-CITY TOWING LLC
**MAILING ADDRESS:** 1213 W MALLORY AVE
**CITY:** Milwaukee     **STATE:** WI     **POSTAL CODE:** 53221     **COUNTRY:** USA

**ORGANIZATION'S NAME:** ALL CITY TOWING LLC
**MAILING ADDRESS:** 1213 W MALLORY AVE
**CITY:** Milwaukee     **STATE:** WI     **POSTAL CODE:** 53221     **COUNTRY:** USA

**ORGANIZATION'S NAME:** ALLCITYTOWING
**MAILING ADDRESS:** 1213 W MALLORY AVE
**CITY:** Milwaukee     **STATE:** WI     **POSTAL CODE:** 53221     **COUNTRY:** USA

**ORGANIZATION'S NAME:** BRETS TOWING LLC
**MAILING ADDRESS:** 1213 W MALLORY AVE
**CITY:** Milwaukee     **STATE:** WI     **POSTAL CODE:** 53221     **COUNTRY:** USA

**ORGANIZATION'S NAME:** BRET'S TOWING LLC ACT RE LLC
**MAILING ADDRESS:** 1213 W MALLORY AVE
**CITY:** Milwaukee     **STATE:** WI     **POSTAL CODE:** 53221     **COUNTRY:** USA

**ORGANIZATION'S NAME:** LANSER TOWING LLC
**MAILING ADDRESS:** 1213 W MALLORY AVE
**CITY:** Milwaukee     **STATE:** WI     **POSTAL CODE:** 53221     **COUNTRY:** USA

**ORGANIZATION'S NAME:** 2645 SOUTH 14TH LLC
**MAILING ADDRESS:** 1213 W MALLORY AVE
**CITY:** Milwaukee     **STATE:** WI     **POSTAL CODE:** 53221     **COUNTRY:** USA

**ORGANIZATION'S NAME:** 5414 S 13TH LLC

# EXHIBIT 9

**MAILING ADDRESS:**                1213 W MALLORY AVE
**CITY:** Milwaukee          **STATE:** WI          **POSTAL CODE:** 53221    **COUNTRY:** USA


**ORGANIZATION'S NAME:**        PILLER GROUP LLC
**MAILING ADDRESS:**            1213 W MALLORY AVE
**CITY:** Milwaukee          **STATE:** WI          **POSTAL CODE:** 53221    **COUNTRY:** USA


**ORGANIZATION'S NAME:**        AUTO HAULERS LLC
**MAILING ADDRESS:**            1213 W MALLORY AVE
**CITY:** Milwaukee          **STATE:** WI          **POSTAL CODE:** 53221    **COUNTRY:** USA


**ORGANIZATION'S NAME:**        MACTIRE SERVICES LLC
**MAILING ADDRESS:**            1213 W MALLORY AVE
**CITY:** Milwaukee          **STATE:** WI          **POSTAL CODE:** 53221    **COUNTRY:** USA


**ORGANIZATION'S NAME:**        5408 S 13TH LLC
**MAILING ADDRESS:**            1213 W MALLORY AVE
**CITY:** Milwaukee          **STATE:** WI          **POSTAL CODE:** 53221    **COUNTRY:** USA


**ORGANIZATION'S NAME:**        BRET'S RE LLC
**MAILING ADDRESS:**            1213 W MALLORY AVE
**CITY:** Milwaukee          **STATE:** WI          **POSTAL CODE:** 53221    **COUNTRY:** USA


**INDIVIDUAL'S SURNAME:** Piller          **FIRST PERSONAL NAME:** Jeffrey
**ADDITIONAL NAME(S)/INITIAL(S):** James    **SUFFIX:**
**MAILING ADDRESS:**            3023 W FOREST HILL AVE
**CITY:** FRANKLIN          **STATE:** WI          **POSTAL CODE:** 53132    **COUNTRY:** USA


## SECURED PARTY INFORMATION


**ORGANIZATION'S NAME:**        CHTD Company
**MAILING ADDRESS:**            P.O. Box 2576
**CITY:** Springfield          **STATE:** IL          **POSTAL CODE:** 62708    **COUNTRY:** USA


## COLLATERAL INFORMATION

**This financing statement covers the following collateral:**

COLLATERAL: All present and future assets of the Debtor THE SECURED PARTY NAMED IN THIS RECORD IS ACTING IN A REPRESENTATIVE CAPACITY FOR PURPOSES OF FORWARDING NOTICES & INQUIRIES REGARDING THIS RECORD. FOR MORE INFORMATION, PLEASE CONTACT THE SECURED PARTY AT THE ADDRESS LISTED ABOVE OR AT UCCSPREP@CSCGLOBAL.COM.


## COLLATERAL DESIGNATION


Held in Trust: No

Being administered by a Descendant's Personal Representative: No

EXHIBIT 9

## FILING TYPE

Public Finance: No

Transmitting Utility: No

Manufactured Home: No

Non-UCC Filing: No

Agriculture Lien: No

## ALTERNATIVE DESIGNATION

Lessee/Lessor: No

Licensee/Licensor: No

Consignee/Consignor: No

Bailee/Bailor: No

Seller/Buyer: No

## FINANCING STATEMENT IN RELATION TO REAL ESTATE

**This is to be filed (recorded) in the real estate records:** No

**This statement covers timber to be cut:** No

**This statement covers as-extracted collateral:** No

**This statement is filed as a fixture filing:** No

**Name and address of a Record Owner of real estate as described below (if Debtor does not have a record interest):**

**Description of real estate:**

## OPTIONAL FILER REFERENCE DATA

3269 26296

## MISCELLANEOUS

EXHIBIT 9



State of Wisconsin
Department of Financial Institutions

# UCC Financing Statement

Wisconsin Department of Financial
Institutions - Uniform Commercial Code
**Filing Number: 20251203237060-4**
Filing Date and Time: 12/03/2025 11:11 AM
Total Number of Pages: 3

**NAME OF SUBMITTER:** Wolters Kluwer Lien Solutions

**PHONE NUMBER OF SUBMITTER:**

**EMAIL OF SUBMITTER:** DL-WK-UCC-FILING@wolterskluwer.com

**SEND ACKNOWLEDGEMENT TO:** Lien Solutions
P.O. Box 29071
Glendale, CA 91209-9071

## DEBTOR INFORMATION

**ORGANIZATION'S NAME:** ALL CITY TOWING LLC
**MAILING ADDRESS:** 1213 W MALLORY AVE
**CITY:** MILWAUKEE  **STATE:** WI  **POSTAL CODE:** 53221  **COUNTRY:** USA

**ORGANIZATION'S NAME:** 5414 S 13TH LLC
**MAILING ADDRESS:** 1213 W MALLORY AVE
**CITY:** MILWAUKEE  **STATE:** WI  **POSTAL CODE:** 53221  **COUNTRY:** USA

**ORGANIZATION'S NAME:** BRET'S TOWING LLC
**MAILING ADDRESS:** 1213 W MALLORY AVE
**CITY:** MILWAUKEE  **STATE:** WI  **POSTAL CODE:** 53221  **COUNTRY:** USA

**ORGANIZATION'S NAME:** ACT RE LLC
**MAILING ADDRESS:** 1213 W MALLORY AVE
**CITY:** MILWAUKEE  **STATE:** WI  **POSTAL CODE:** 53221  **COUNTRY:** USA

**ORGANIZATION'S NAME:** MACTIRE SERVICES LLC
**MAILING ADDRESS:** 1213 W MALLORY AVE
**CITY:** MILWAUKEE  **STATE:** WI  **POSTAL CODE:** 53221  **COUNTRY:** USA

**ORGANIZATION'S NAME:** MILWAUKEE PARKING MANAGEMENT LLC
**MAILING ADDRESS:** 1213 W MALLORY AVE
**CITY:** MILWAUKEE  **STATE:** WI  **POSTAL CODE:** 53221  **COUNTRY:** USA

**ORGANIZATION'S NAME:** AUTO HAULERS LLC
**MAILING ADDRESS:** 1213 W MALLORY AVE
**CITY:** MILWAUKEE  **STATE:** WI  **POSTAL CODE:** 53221  **COUNTRY:** USA

**ORGANIZATION'S NAME:** PILLER GROUP LLC

# EXHIBIT 9

**MAILING ADDRESS:** 1213 W MALLORY AVE
**CITY:** MILWAUKEE    **STATE:** WI    **POSTAL CODE:** 53221    **COUNTRY:** USA

**ORGANIZATION'S NAME:** BRET'S RE LLC
**MAILING ADDRESS:** 1213 W MALLORY AVE
**CITY:** MILWAUKEE    **STATE:** WI    **POSTAL CODE:** 53221    **COUNTRY:** USA

**ORGANIZATION'S NAME:** LANSER TOWING LLC
**MAILING ADDRESS:** 1213 W MALLORY AVE
**CITY:** MILWAUKEE    **STATE:** WI    **POSTAL CODE:** 53221    **COUNTRY:** USA

**ORGANIZATION'S NAME:** DADDY JEFF LLC
**MAILING ADDRESS:** 1213 W MALLORY AVE
**CITY:** MILWAUKEE    **STATE:** WI    **POSTAL CODE:** 53221    **COUNTRY:** USA

**ORGANIZATION'S NAME:** 5408 S 13TH LLC
**MAILING ADDRESS:** 1213 W MALLORY AVE
**CITY:** MILWAUKEE    **STATE:** WI    **POSTAL CODE:** 53221    **COUNTRY:** USA

**INDIVIDUAL'S SURNAME:** PILLER    **FIRST PERSONAL NAME:** JEFFREY
**ADDITIONAL NAME(S)/INITIAL(S):** JAMES    **SUFFIX:**
**MAILING ADDRESS:** 3023 W FOREST HILL AVE
**CITY:** FRANKLIN    **STATE:** WI    **POSTAL CODE:** 53132    **COUNTRY:** USA

## SECURED PARTY INFORMATION

**ORGANIZATION'S NAME:** C T Corporation System, as representative
**MAILING ADDRESS:** 330 N Brand Blvd, Suite 700; Attn: SPRS
**CITY:** Glendale    **STATE:** CA    **POSTAL CODE:** 91203    **COUNTRY:** USA

## COLLATERAL INFORMATION

**This financing statement covers the following collateral:**

Receivables - All assets now owned or hereafter acquired and wherever located, including but not limited to, the following subcategories of assets: a. Accounts, including but not limited to, credit card receivables; b. Chattel Paper; c. Inventory; d. Equipment; e. Instruments, including but not limited to, Promissory Notes; f. Investment Property; g. Documents; h. Deposit Accounts; i. Letter of Credit Rights; j. General Intangibles; k. Supporting Obligations; and i. Proceeds and Products of the foregoing. NOTICE PURSUANT TO AN AGREEMENT BETWEEN DEBTOR AND SECURED PARTY, DEBTOR HAS AGREED NOT TO FURTHER ENCUMBER THE COLLATERAL DESCRIBED HEREIN. THE FURTHER ENCUMBERING OF WHICH MAY CONSTITUTE THE TORTIOUS INTERFERENCE WITH THE SECURED PARTY'S RIGHT BY SUCH ENCUMBRANCES IN THE EVENT THAT ANY ENTITY IS GRANTED A SECURITY INTEREST IN DEBTOR'S ACCOUNTS, CHATTEL PAPER OR GENERAL INTANGIBLES CONTRARY TO THE ABOVE, THE SECURED PARTY ASSERTS A CLAIM TO ANY PROCEEDS THEREOF RECEIVED BY SUCH ENTITY.

## COLLATERAL DESIGNATION

Held in Trust: No

Being administered by a Descendant's Personal Representative: No

EXHIBIT 9

## FILING TYPE

Public Finance: No

Transmitting Utility: No

Manufactured Home: No

Non-UCC Filing: No

Agriculture Lien: No

## ALTERNATIVE DESIGNATION

Lessee/Lessor: No

Licensee/Licensor: No

Consignee/Consignor: No

Bailee/Bailor: No

Seller/Buyer: No

## FINANCING STATEMENT IN RELATION TO REAL ESTATE

**This is to be filed (recorded) in the real estate records:** No

**This statement covers timber to be cut:** No

**This statement covers as-extracted collateral:** No

**This statement is filed as a fixture filing:** No

**Name and address of a Record Owner of real estate as described below (if Debtor does not have a record interest):**

**Description of real estate:**

## OPTIONAL FILER REFERENCE DATA

106800683

## MISCELLANEOUS

EXHIBIT 9



State of Wisconsin
Department of Financial Institutions

# UCC Financing Statement

Wisconsin Department of Financial Institutions - Uniform Commercial Code
**Filing Number: 20251231250848-2**
Filing Date and Time: 12/31/2025 10:35 AM
Total Number of Pages: 3

**NAME OF SUBMITTER:** Wolters Kluwer Lien Solutions

**PHONE NUMBER OF SUBMITTER:**

**EMAIL OF SUBMITTER:** DL-WK-UCC-FILING@wolterskluwer.com

**SEND ACKNOWLEDGEMENT TO:** Lien Solutions
P.O. Box 29071
Glendale, CA 91209-9071

## DEBTOR INFORMATION

**ORGANIZATION'S NAME:** ALL-CITY TOWING, LLC
**MAILING ADDRESS:** 1213 West Mallory Avenue
**CITY:** Milwaukee **STATE:** WI **POSTAL CODE:** 53221 **COUNTRY:** USA

**ORGANIZATION'S NAME:** ACT RE LLC
**MAILING ADDRESS:** 1213 West Mallory Avenue
**CITY:** Milwaukee **STATE:** WI **POSTAL CODE:** 53221 **COUNTRY:** USA

**ORGANIZATION'S NAME:** AUTO HAULERS LLC
**MAILING ADDRESS:** 1213 West Mallory Avenue
**CITY:** Milwaukee **STATE:** WI **POSTAL CODE:** 53221 **COUNTRY:** USA

**ORGANIZATION'S NAME:** BRET'S RE LLC
**MAILING ADDRESS:** 1213 West Mallory Avenue
**CITY:** Milwaukee **STATE:** WI **POSTAL CODE:** 53221 **COUNTRY:** USA

**ORGANIZATION'S NAME:** BRET'S TOWING LLC
**MAILING ADDRESS:** 1213 West Mallory Avenue
**CITY:** Milwaukee **STATE:** WI **POSTAL CODE:** 53221 **COUNTRY:** USA

**ORGANIZATION'S NAME:** DADDY JEFF LLC
**MAILING ADDRESS:** 1213 West Mallory Avenue
**CITY:** Milwaukee **STATE:** WI **POSTAL CODE:** 53221 **COUNTRY:** USA

**ORGANIZATION'S NAME:** LANSER TOWING LLC
**MAILING ADDRESS:** 1213 West Mallory Avenue
**CITY:** Milwaukee **STATE:** WI **POSTAL CODE:** 53221 **COUNTRY:** USA

**ORGANIZATION'S NAME:** MACTIRE SERVICES LLC

EXHIBIT 9

**MAILING ADDRESS:** 1213 West Mallory Avenue
**CITY:** Milwaukee  **STATE:** WI  **POSTAL CODE:** 53221  **COUNTRY:** USA

**ORGANIZATION'S NAME:** MILWAUKEE PARKING MANAGEMENT LLC
**MAILING ADDRESS:** 1213 West Mallory Avenue
**CITY:** Milwaukee  **STATE:** WI  **POSTAL CODE:** 53221  **COUNTRY:** USA

**ORGANIZATION'S NAME:** PILLER GROUP LLC
**MAILING ADDRESS:** 1213 West Mallory Avenue
**CITY:** Milwaukee  **STATE:** WI  **POSTAL CODE:** 53221  **COUNTRY:** USA

## SECURED PARTY INFORMATION

**ORGANIZATION'S NAME:** C T Corporation System, as representative
**MAILING ADDRESS:** 330 N Brand Blvd, Suite 700; Attn: SPRS
**CITY:** Glendale  **STATE:** CA  **POSTAL CODE:** 91203  **COUNTRY:** USA

## COLLATERAL INFORMATION

**This financing statement covers the following collateral:**

"Debtor and Secured Party also hereby agree that the security pledged by Debtor as collateral for the underlying obligation includes the following: All current assets of the Debtor as of the enforcement date of this Security Instrument, including but not limited to cash, accounts receivable, other receivables, equipment, inventory, along with all trade fixtures belonging to the Debtor; all inclusive of after acquired property."

## COLLATERAL DESIGNATION

Held in Trust: No

Being administered by a Descendant's Personal Representative: No

## FILING TYPE

Public Finance: No

Transmitting Utility: No

Manufactured Home: No

Non-UCC Filing: No

Agriculture Lien: No

## ALTERNATIVE DESIGNATION

Lessee/Lessor: No

Licensee/Licensor: No

Consignee/Consignor: No

Bailee/Bailor: No

Seller/Buyer: No

EXHIBIT 9

**FINANCING STATEMENT IN RELATION TO REAL ESTATE**

**This is to be filed (recorded) in the real estate records:** No

**This statement covers timber to be cut:** No

**This statement covers as-extracted collateral:** No

**This statement is filed as a fixture filing:** No

**Name and address of a Record Owner of real estate as described below (if Debtor does not have a record interest):**

**Description of real estate:**

**OPTIONAL FILER REFERENCE DATA**

107154170

**MISCELLANEOUS**