EXHIBIT 10

Wisconsin Department of Financial Institutions - Uniform Commercial Code

# UCC FINANCING STATEMENT
FOLLOW INSTRUCTIONS

Filing Number: 20230731000230-7
Filing Date and Time: 07/31/2023 10:44 AM
Total Number of Pages: 1

*(This document was filed electronically)*

**A. NAME & PHONE OF CONTACT AT FILER (optional)**
Corporation Service Company  1-800-858-5294

**B. E-MAIL CONTACT AT FILER (optional)**
SPRFiling@cscglobal.com

**C. SEND ACKNOWLEDGEMENT TO: (Name and Address)**
Corporation Service Company
801 Adlai Stevenson Drive
Springfield, IL 62703 USA

---

**1. DEBTOR'S NAME:** Provide only one Debtor name (1a or 1b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name); if any part of the Individual Debtor's name will not fit in line 1b, leave all of item 1 blank, check here ⊖ and provide the Individual Debtor information in item 10 of the Financing Statement Addendum (Form UCC1Ad)

| 1a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| BRET'S TOWING LLC | | | |
| 1b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
| 1c. MAILING ADDRESS | CITY | STATE / POSTAL CODE | COUNTRY |
| 1213 W. MALLORY AVE | MILWAUKEE | WI / 53221 | USA |

**2. DEBTOR'S NAME:** Provide only one Debtor name (2a or 2b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name); if any part of the Individual Debtor's name will not fit in line 2b, leave all of item 2 blank, check here ⊖ and provide the Individual Debtor information in item 10 of the Financing Statement Addendum (Form UCC1Ad)

| 2a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| | | | |
| 2b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
| 2c. MAILING ADDRESS | CITY | STATE / POSTAL CODE | COUNTRY |

**3. SECURED PARTY'S NAME** (or NAME of ASSIGNEE of ASSIGNOR SECURED PARTY): Provide only one Secured Party name (3a or 3b)

| 3a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| OLD NATIONAL BANK | | | |
| 3b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
| 3c. MAILING ADDRESS | CITY | STATE / POSTAL CODE | COUNTRY |
| 788 N JEFFERSON ST STE 900 | MILWAUKEE | WI / 53202 | USA |

**4. COLLATERAL:** This financing statement covers the following collateral:

All personal property of every kind and nature, wherever located, whether now owned or hereafter acquired or arising, whether jointly or severally owned, including all goods (including inventory, equipment, farm products, consumer goods and any accessions thereto), fixtures, documents, instruments (including promissory notes), accounts (including health care insurance receivables), securities and all other investment property, supporting obligations, chattel paper (whether tangible or electronic), commercial tort claims, deposit accounts, letter of credit rights (whether or not the letter of credit is evidenced by a writing), and all general intangibles (including, without limitation, all payment intangibles, patents, patent applications, trademarks, trademark applications, tradenames, trade secrets, copyrights, copyright applications, software, service marks, goodwill, licenses, permits and agreements of every kind utilized in the business), all records of any kind relating to the foregoing, together with all cash proceeds, non-cash proceeds and products thereof, additions and accessions thereto, replacements and substitutions thereof. This Agreement covers, and is intended to cover, all assets.

5. Check only if applicable and check only one box: Collateral is ⊖ held in a Trust (see UCC1Ad, item 17 and Instructions)  ⊖ being administered by a Decedent's Personal Representative

6a. Check only if applicable and check only one box:
⊖ Public-Finance Transaction   ⊖ Manufactured-Home Transaction   ⊖ A Debtor is a Transmitting Utility

6b. Check only if applicable and check only one box:
⊖ Agricultural Lien   ⊖ Non-UCC Filing

7. ALTERNATIVE DESIGNATION (if applicable):  ⊖ Lessee/Lessor   ⊖ Consignee/Consignor   ⊖ Seller/Buyer   ⊖ Bailee/Bailor   ⊖ Licensee/Licensor

**8. OPTIONAL FILER REFERENCE DATA:**
BR 792 0293 TC5 2614 62688

**FILING OFFICE COPY** — UCC FINANCING STATEMENT (Form UCC1) (Rev. 04/20/11)

EXHIBIT 10



State of Wisconsin
Department of Financial Institutions

# UCC Financing Statement

Wisconsin Department of Financial Institutions - Uniform Commercial Code
**Filing Number: 20250904193261-7**
Filing Date and Time: 09/04/2025 10:20 AM
Total Number of Pages: 2

| | |
|---|---|
| **NAME OF SUBMITTER:** | Wolters Kluwer Lien Solutions |
| **PHONE NUMBER OF SUBMITTER:** | |
| **EMAIL OF SUBMITTER:** | DL-WK-UCC-FILING@wolterskluwer.com |
| **SEND ACKNOWLEDGEMENT TO:** | Lien Solutions<br>P.O. Box 29071<br>Glendale, CA 91209-9071 |

## DEBTOR INFORMATION

**ORGANIZATION'S NAME:** ALL CITY TOWING LLC
**MAILING ADDRESS:** 1213 W Mallory Ave
**CITY:** Milwaukee    **STATE:** WI    **POSTAL CODE:** 53221    **COUNTRY:** USA

**ORGANIZATION'S NAME:** BRET'S TOWING LLC
**MAILING ADDRESS:** 2233 S Business Dr
**CITY:** Sheboygan    **STATE:** WI    **POSTAL CODE:** 53081    **COUNTRY:** USA

**ORGANIZATION'S NAME:** OMS Properties, LLC
**MAILING ADDRESS:** 1213 W Mallory Ave
**CITY:** Milwaukee    **STATE:** WI    **POSTAL CODE:** 53221    **COUNTRY:** USA

## SECURED PARTY INFORMATION

**ORGANIZATION'S NAME:** NEWTEK BUSINESS SERVICES HOLDCO 6, INC.
**MAILING ADDRESS:** 200 S Orange Avenue, Suite 1175
**CITY:** Orlando    **STATE:** FL    **POSTAL CODE:** 32801    **COUNTRY:** USA

## COLLATERAL INFORMATION

**This financing statement covers the following collateral:**

All inventory, equipment, accounts (including but not limited to all health-care-insurance receivables), chattel paper, instruments (including but not limited to all promissory notes), letter-of-credit rights, letters of credit, documents, deposit accounts, investment property, money, other rights to payment and performance, and general intangibles (including but not limited to all software and all payment intangibles); all oil, gas and other minerals before extraction; all oil, gas, other minerals and accounts constituting as-extracted collateral; all fixtures; all timber to be cut; all attachments, accessions, accessories, fittings, increases, tools, parts, repairs, supplies, and commingled goods relating to the foregoing property, and all additions, replacements of and substitutions for all or any part of the foregoing property; all insurance refunds relating to the foregoing property; all good will relating to the foregoing property; all records and data and embedded software relating to the foregoing property, and all equipment, inventory and software to utilize, create, maintain and process any such records and data on electronic media; and all supporting obligations relating to the foregoing property; all whether now existing or hereafter arising, whether now owned or hereafter acquired or whether now or hereafter subject to any rights in the foregoing property; and all products and proceeds (including but not limited to all insurance payments) of or relating to the foregoing property.

## COLLATERAL DESIGNATION

Held in Trust: No

Being administered by a Descendant's Personal Representative: No

## FILING TYPE

Public Finance: No

Transmitting Utility: No

Manufactured Home: No

Non-UCC Filing: No

Agriculture Lien: No

## ALTERNATIVE DESIGNATION

Lessee/Lessor: No

Licensee/Licensor: No

Consignee/Consignor: No

Bailee/Bailor: No

Seller/Buyer: No

## FINANCING STATEMENT IN RELATION TO REAL ESTATE

**This is to be filed (recorded) in the real estate records:** No

**This statement covers timber to be cut:** No

**This statement covers as-extracted collateral:** No

**This statement is filed as a fixture filing:** No

**Name and address of a Record Owner of real estate as described below (if Debtor does not have a record interest):**

**Description of real estate:**

## OPTIONAL FILER REFERENCE DATA

105632992

## MISCELLANEOUS

EXHIBIT 10



State of Wisconsin
Department of Financial Institutions
# UCC Financing Statement

Wisconsin Department of Financial Institutions - Uniform Commercial Code
**Filing Number: 20251021216085-4**
Filing Date and Time: 10/21/2025 04:29 PM
Total Number of Pages: 3

**NAME OF SUBMITTER:** Corporation Service Company
**PHONE NUMBER OF SUBMITTER:**
**EMAIL OF SUBMITTER:** WISOSUCCFilingsXMLV3@cscglobal.com
**SEND ACKNOWLEDGEMENT TO:** CSC
801 Adlai Stevenson Drive
Springfield, IL 62703

## DEBTOR INFORMATION

**ORGANIZATION'S NAME:** ALL-CITY TOWING LLC
**MAILING ADDRESS:** 1213 W MALLORY AVE
**CITY:** MILWAUKEE **STATE:** WI **POSTAL CODE:** 53221 **COUNTRY:** USA

**ORGANIZATION'S NAME:** ALL CITY TOWING
**MAILING ADDRESS:** 1213 W MALLORY AVE
**CITY:** MILWAUKEE **STATE:** WI **POSTAL CODE:** 53221 **COUNTRY:** USA

**ORGANIZATION'S NAME:** ALL-CITY TOWING LLC
**MAILING ADDRESS:** 2073 County Hwy W
**CITY:** GRAFTON **STATE:** WI **POSTAL CODE:** 53024 **COUNTRY:** USA

**ORGANIZATION'S NAME:** BRET'S TOWING LLC
**MAILING ADDRESS:** 2233 S Business Dr
**CITY:** SHEBOYGAN **STATE:** WI **POSTAL CODE:** 53081 **COUNTRY:** USA

**ORGANIZATION'S NAME:** THE MILWAUKEE CANNABIS COMPANY L.L.C.
**MAILING ADDRESS:** 1213 W MALLORY AVE
**CITY:** MILWAUKEE **STATE:** WI **POSTAL CODE:** 53221 **COUNTRY:** USA

**ORGANIZATION'S NAME:** MACTIRE SERVICES LLC
**MAILING ADDRESS:** 1213 W MALLORY AVE
**CITY:** MILWAUKEE **STATE:** WI **POSTAL CODE:** 53221 **COUNTRY:** USA

**ORGANIZATION'S NAME:** MILWAUKEE PARKING MANAGEMENT LLC
**MAILING ADDRESS:** 1213 W MALLORY AVE
**CITY:** MILWAUKEE **STATE:** WI **POSTAL CODE:** 53221 **COUNTRY:** USA

**ORGANIZATION'S NAME:** AUTO HAULERS LLC

EXHIBIT 10

**MAILING ADDRESS:** 1213 W MALLORY AVE
**CITY:** MILWAUKEE　　**STATE:** WI　　**POSTAL CODE:** 53221　　**COUNTRY:** USA

**ORGANIZATION'S NAME:** PILLER GROUP LLC
**MAILING ADDRESS:** 1213 W MALLORY AVE
**CITY:** MILWAUKEE　　**STATE:** WI　　**POSTAL CODE:** 53221　　**COUNTRY:** USA

**ORGANIZATION'S NAME:** BRET'S RE LLC
**MAILING ADDRESS:** 1213 W MALLORY AVE
**CITY:** MILWAUKEE　　**STATE:** WI　　**POSTAL CODE:** 53221　　**COUNTRY:** USA

**ORGANIZATION'S NAME:** LANSER TOWING LLC
**MAILING ADDRESS:** 1213 W MALLORY AVE
**CITY:** MILWAUKEE　　**STATE:** WI　　**POSTAL CODE:** 53221　　**COUNTRY:** USA

**ORGANIZATION'S NAME:** 5408 S 13TH LLC
**MAILING ADDRESS:** 1213 W MALLORY AVE
**CITY:** MILWAUKEE　　**STATE:** WI　　**POSTAL CODE:** 53221　　**COUNTRY:** USA

**ORGANIZATION'S NAME:** ACT RE LLC
**MAILING ADDRESS:** 1213 W MALLORY AVE
**CITY:** MILWAUKEE　　**STATE:** WI　　**POSTAL CODE:** 53221　　**COUNTRY:** USA

**ORGANIZATION'S NAME:** DADDY JEFF LLC
**MAILING ADDRESS:** 1213 W MALLORY AVE
**CITY:** MILWAUKEE　　**STATE:** WI　　**POSTAL CODE:** 53221　　**COUNTRY:** USA

**ORGANIZATION'S NAME:** OMS PROPERTIES LLC
**MAILING ADDRESS:** 1213 W MALLORY AVE
**CITY:** MILWAUKEE　　**STATE:** WI　　**POSTAL CODE:** 53221　　**COUNTRY:** USA

**ORGANIZATION'S NAME:** LONGBOARD WEB PRODUCTIONS LLC
**MAILING ADDRESS:** 5656 CHELSEA AVE
**CITY:** LA JOLLA　　**STATE:** CA　　**POSTAL CODE:** 92037　　**COUNTRY:** USA

**ORGANIZATION'S NAME:** 5414 S 13th LLC
**MAILING ADDRESS:** 1213 W MALLORY AVE,
**CITY:** MILWAUKEE　　**STATE:** WI　　**POSTAL CODE:** 53221　　**COUNTRY:** USA

**SECURED PARTY INFORMATION**

**ORGANIZATION'S NAME:** Corporation Service Company, As Representative
**MAILING ADDRESS:** PO BOX 2576 UCCSPREP@CSCGLOBAL.COM
**CITY:** Springfield　　**STATE:** IL　　**POSTAL CODE:** 62703　　**COUNTRY:** USA

**COLLATERAL INFORMATION**

EXHIBIT 10

**This financing statement covers the following collateral:**

Secured Party has purchased certain "Receipts" from Debtor. "Receipts" means payments received by Debtor, or its right to receive such payments, whether received in cash, check, electronic transfer, or other form of monetary payment and includes all payments made by a credit card, debit card, bank card, charge card. "Receipts" includes accounts and payment intangibles as defined under the Uniform Commercial Code. Debtor and Secured Party intend that the sale of Receipts is a sale and not an assignment for security. Notice: Pursuant to the agreement between Debtor and Secured Party, Debtor is prohibited from further encumbering the Receipts. In the event that any entity is granted a security interest in Debtor's Receipts contrary to the above, the Secured Party asserts a claim to any proceeds thereof received by such entity.

## COLLATERAL DESIGNATION

Held in Trust: No

Being administered by a Descendant's Personal Representative: No

## FILING TYPE

Public Finance: No

Transmitting Utility: No

Manufactured Home: No

Non-UCC Filing: No

Agriculture Lien: No

## ALTERNATIVE DESIGNATION

Lessee/Lessor: No

Licensee/Licensor: No

Consignee/Consignor: No

Bailee/Bailor: No

Seller/Buyer: No

## FINANCING STATEMENT IN RELATION TO REAL ESTATE

**This is to be filed (recorded) in the real estate records:** No

**This statement covers timber to be cut:** No

**This statement covers as-extracted collateral:** No

**This statement is filed as a fixture filing:** No

**Name and address of a Record Owner of real estate as described below (if Debtor does not have a record interest):**

**Description of real estate:**

## OPTIONAL FILER REFERENCE DATA

4578272

## MISCELLANEOUS

EXHIBIT 10



State of Wisconsin
Department of Financial Institutions
## UCC Financing Statement

Wisconsin Department of Financial Institutions - Uniform Commercial Code
**Filing Number: 20251027218401-4**
Filing Date and Time: 10/27/2025 09:16 AM
Total Number of Pages: 3

**NAME OF SUBMITTER:** Corporation Service Company
**PHONE NUMBER OF SUBMITTER:**
**EMAIL OF SUBMITTER:** WISOSUCCFilingsXMLV3@cscglobal.com
**SEND ACKNOWLEDGEMENT TO:** Corporation Service Company
801 Adlai Stevenson Drive
Springfield, IL 62703

### DEBTOR INFORMATION

**ORGANIZATION'S NAME:** ALL-CITY TOWING LLC
**MAILING ADDRESS:** 1213 W MALLORY AVE
**CITY:** Milwaukee  **STATE:** WI  **POSTAL CODE:** 53221  **COUNTRY:** USA

**ORGANIZATION'S NAME:** ALL CITY TOWING LLC
**MAILING ADDRESS:** 1213 W MALLORY AVE
**CITY:** Milwaukee  **STATE:** WI  **POSTAL CODE:** 53221  **COUNTRY:** USA

**ORGANIZATION'S NAME:** ALLCITYTOWING
**MAILING ADDRESS:** 1213 W MALLORY AVE
**CITY:** Milwaukee  **STATE:** WI  **POSTAL CODE:** 53221  **COUNTRY:** USA

**ORGANIZATION'S NAME:** BRETS TOWING LLC
**MAILING ADDRESS:** 1213 W MALLORY AVE
**CITY:** Milwaukee  **STATE:** WI  **POSTAL CODE:** 53221  **COUNTRY:** USA

**ORGANIZATION'S NAME:** BRET'S TOWING LLC ACT RE LLC
**MAILING ADDRESS:** 1213 W MALLORY AVE
**CITY:** Milwaukee  **STATE:** WI  **POSTAL CODE:** 53221  **COUNTRY:** USA

**ORGANIZATION'S NAME:** LANSER TOWING LLC
**MAILING ADDRESS:** 1213 W MALLORY AVE
**CITY:** Milwaukee  **STATE:** WI  **POSTAL CODE:** 53221  **COUNTRY:** USA

**ORGANIZATION'S NAME:** 2645 SOUTH 14TH LLC
**MAILING ADDRESS:** 1213 W MALLORY AVE
**CITY:** Milwaukee  **STATE:** WI  **POSTAL CODE:** 53221  **COUNTRY:** USA

**ORGANIZATION'S NAME:** 5414 S 13TH LLC

# EXHIBIT 10

**MAILING ADDRESS:** 1213 W MALLORY AVE
**CITY:** Milwaukee    **STATE:** WI    **POSTAL CODE:** 53221    **COUNTRY:** USA

**ORGANIZATION'S NAME:** PILLER GROUP LLC
**MAILING ADDRESS:** 1213 W MALLORY AVE
**CITY:** Milwaukee    **STATE:** WI    **POSTAL CODE:** 53221    **COUNTRY:** USA

**ORGANIZATION'S NAME:** AUTO HAULERS LLC
**MAILING ADDRESS:** 1213 W MALLORY AVE
**CITY:** Milwaukee    **STATE:** WI    **POSTAL CODE:** 53221    **COUNTRY:** USA

**ORGANIZATION'S NAME:** MACTIRE SERVICES LLC
**MAILING ADDRESS:** 1213 W MALLORY AVE
**CITY:** Milwaukee    **STATE:** WI    **POSTAL CODE:** 53221    **COUNTRY:** USA

**ORGANIZATION'S NAME:** 5408 S 13TH LLC
**MAILING ADDRESS:** 1213 W MALLORY AVE
**CITY:** Milwaukee    **STATE:** WI    **POSTAL CODE:** 53221    **COUNTRY:** USA

**ORGANIZATION'S NAME:** BRET'S RE LLC
**MAILING ADDRESS:** 1213 W MALLORY AVE
**CITY:** Milwaukee    **STATE:** WI    **POSTAL CODE:** 53221    **COUNTRY:** USA

**INDIVIDUAL'S SURNAME:** Piller    **FIRST PERSONAL NAME:** Jeffrey
**ADDITIONAL NAME(S)/INITIAL(S):** James    **SUFFIX:**
**MAILING ADDRESS:** 3023 W FOREST HILL AVE
**CITY:** FRANKLIN    **STATE:** WI    **POSTAL CODE:** 53132    **COUNTRY:** USA

## SECURED PARTY INFORMATION

**ORGANIZATION'S NAME:** CHTD Company
**MAILING ADDRESS:** P.O. Box 2576
**CITY:** Springfield    **STATE:** IL    **POSTAL CODE:** 62708    **COUNTRY:** USA

## COLLATERAL INFORMATION

**This financing statement covers the following collateral:**

COLLATERAL: All present and future assets of the Debtor THE SECURED PARTY NAMED IN THIS RECORD IS ACTING IN A REPRESENTATIVE CAPACITY FOR PURPOSES OF FORWARDING NOTICES & INQUIRIES REGARDING THIS RECORD. FOR MORE INFORMATION, PLEASE CONTACT THE SECURED PARTY AT THE ADDRESS LISTED ABOVE OR AT UCCSPREP@CSCGLOBAL.COM.

## COLLATERAL DESIGNATION

Held in Trust: No

Being administered by a Descendant's Personal Representative: No

EXHIBIT 10

## FILING TYPE

Public Finance: No

Transmitting Utility: No

Manufactured Home: No

Non-UCC Filing: No

Agriculture Lien: No

## ALTERNATIVE DESIGNATION

Lessee/Lessor: No

Licensee/Licensor: No

Consignee/Consignor: No

Bailee/Bailor: No

Seller/Buyer: No

## FINANCING STATEMENT IN RELATION TO REAL ESTATE

**This is to be filed (recorded) in the real estate records:** No

**This statement covers timber to be cut:** No

**This statement covers as-extracted collateral:** No

**This statement is filed as a fixture filing:** No

**Name and address of a Record Owner of real estate as described below (if Debtor does not have a record interest):**

**Description of real estate:**

## OPTIONAL FILER REFERENCE DATA

3269 26296

## MISCELLANEOUS

EXHIBIT 10



State of Wisconsin
Department of Financial Institutions
# UCC Financing Statement

Wisconsin Department of Financial
Institutions - Uniform Commercial Code
**Filing Number: 20251203237060-4**
Filing Date and Time: 12/03/2025 11:11 AM
Total Number of Pages: 3

**NAME OF SUBMITTER:** Wolters Kluwer Lien Solutions
**PHONE NUMBER OF SUBMITTER:**
**EMAIL OF SUBMITTER:** DL-WK-UCC-FILING@wolterskluwer.com
**SEND ACKNOWLEDGEMENT TO:** Lien Solutions
P.O. Box 29071
Glendale, CA 91209-9071

## DEBTOR INFORMATION

**ORGANIZATION'S NAME:** ALL CITY TOWING LLC
**MAILING ADDRESS:** 1213 W MALLORY AVE
**CITY:** MILWAUKEE **STATE:** WI **POSTAL CODE:** 53221 **COUNTRY:** USA

**ORGANIZATION'S NAME:** 5414 S 13TH LLC
**MAILING ADDRESS:** 1213 W MALLORY AVE
**CITY:** MILWAUKEE **STATE:** WI **POSTAL CODE:** 53221 **COUNTRY:** USA

**ORGANIZATION'S NAME:** BRET'S TOWING LLC
**MAILING ADDRESS:** 1213 W MALLORY AVE
**CITY:** MILWAUKEE **STATE:** WI **POSTAL CODE:** 53221 **COUNTRY:** USA

**ORGANIZATION'S NAME:** ACT RE LLC
**MAILING ADDRESS:** 1213 W MALLORY AVE
**CITY:** MILWAUKEE **STATE:** WI **POSTAL CODE:** 53221 **COUNTRY:** USA

**ORGANIZATION'S NAME:** MACTIRE SERVICES LLC
**MAILING ADDRESS:** 1213 W MALLORY AVE
**CITY:** MILWAUKEE **STATE:** WI **POSTAL CODE:** 53221 **COUNTRY:** USA

**ORGANIZATION'S NAME:** MILWAUKEE PARKING MANAGEMENT LLC
**MAILING ADDRESS:** 1213 W MALLORY AVE
**CITY:** MILWAUKEE **STATE:** WI **POSTAL CODE:** 53221 **COUNTRY:** USA

**ORGANIZATION'S NAME:** AUTO HAULERS LLC
**MAILING ADDRESS:** 1213 W MALLORY AVE
**CITY:** MILWAUKEE **STATE:** WI **POSTAL CODE:** 53221 **COUNTRY:** USA

**ORGANIZATION'S NAME:** PILLER GROUP LLC

# EXHIBIT 10

| | |
|---|---|
| **MAILING ADDRESS:** | 1213 W MALLORY AVE |
| **CITY:** MILWAUKEE | **STATE:** WI    **POSTAL CODE:** 53221    **COUNTRY:** USA |

| | |
|---|---|
| **ORGANIZATION'S NAME:** | BRET'S RE LLC |
| **MAILING ADDRESS:** | 1213 W MALLORY AVE |
| **CITY:** MILWAUKEE | **STATE:** WI    **POSTAL CODE:** 53221    **COUNTRY:** USA |

| | |
|---|---|
| **ORGANIZATION'S NAME:** | LANSER TOWING LLC |
| **MAILING ADDRESS:** | 1213 W MALLORY AVE |
| **CITY:** MILWAUKEE | **STATE:** WI    **POSTAL CODE:** 53221    **COUNTRY:** USA |

| | |
|---|---|
| **ORGANIZATION'S NAME:** | DADDY JEFF LLC |
| **MAILING ADDRESS:** | 1213 W MALLORY AVE |
| **CITY:** MILWAUKEE | **STATE:** WI    **POSTAL CODE:** 53221    **COUNTRY:** USA |

| | |
|---|---|
| **ORGANIZATION'S NAME:** | 5408 S 13TH LLC |
| **MAILING ADDRESS:** | 1213 W MALLORY AVE |
| **CITY:** MILWAUKEE | **STATE:** WI    **POSTAL CODE:** 53221    **COUNTRY:** USA |

| | |
|---|---|
| **INDIVIDUAL'S SURNAME:** PILLER | **FIRST PERSONAL NAME:** JEFFREY |
| **ADDITIONAL NAME(S)/INITIAL(S):** JAMES | **SUFFIX:** |
| **MAILING ADDRESS:** | 3023 W FOREST HILL AVE |
| **CITY:** FRANKLIN | **STATE:** WI    **POSTAL CODE:** 53132    **COUNTRY:** USA |

## SECURED PARTY INFORMATION

| | |
|---|---|
| **ORGANIZATION'S NAME:** | C T Corporation System, as representative |
| **MAILING ADDRESS:** | 330 N Brand Blvd, Suite 700; Attn: SPRS |
| **CITY:** Glendale | **STATE:** CA    **POSTAL CODE:** 91203    **COUNTRY:** USA |

## COLLATERAL INFORMATION

**This financing statement covers the following collateral:**

Receivables - All assets now owned or hereafter acquired and wherever located, including but not limited to, the following subcategories of assets: a. Accounts, including but not limited to, credit card receivables; b. Chattel Paper; c. Inventory; d. Equipment; e. Instruments, including but not limited to, Promissory Notes; f. Investment Property; g. Documents; h. Deposit Accounts; i. Letter of Credit Rights; j. General Intangibles; k. Supporting Obligations; and i. Proceeds and Products of the foregoing. NOTICE PURSUANT TO AN AGREEMENT BETWEEN DEBTOR AND SECURED PARTY, DEBTOR HAS AGREED NOT TO FURTHER ENCUMBER THE COLLATERAL DESCRIBED HEREIN. THE FURTHER ENCUMBERING OF WHICH MAY CONSTITUTE THE TORTIOUS INTERFERENCE WITH THE SECURED PARTY'S RIGHT BY SUCH ENCUMBRANCES IN THE EVENT THAT ANY ENTITY IS GRANTED A SECURITY INTEREST IN DEBTOR'S ACCOUNTS, CHATTEL PAPER OR GENERAL INTANGIBLES CONTRARY TO THE ABOVE, THE SECURED PARTY ASSERTS A CLAIM TO ANY PROCEEDS THEREOF RECEIVED BY SUCH ENTITY.

## COLLATERAL DESIGNATION

Held in Trust: No

Being administered by a Descendant's Personal Representative: No

EXHIBIT 10

## FILING TYPE

Public Finance: No

Transmitting Utility: No

Manufactured Home: No

Non-UCC Filing: No

Agriculture Lien: No

## ALTERNATIVE DESIGNATION

Lessee/Lessor: No

Licensee/Licensor: No

Consignee/Consignor: No

Bailee/Bailor: No

Seller/Buyer: No

## FINANCING STATEMENT IN RELATION TO REAL ESTATE

**This is to be filed (recorded) in the real estate records:** No

**This statement covers timber to be cut:** No

**This statement covers as-extracted collateral:** No

**This statement is filed as a fixture filing:** No

**Name and address of a Record Owner of real estate as described below (if Debtor does not have a record interest):**

**Description of real estate:**

## OPTIONAL FILER REFERENCE DATA

106800683

## MISCELLANEOUS

EXHIBIT 10



State of Wisconsin
Department of Financial Institutions

# UCC Financing Statement

Wisconsin Department of Financial
Institutions - Uniform Commercial Code
**Filing Number: 20251231250848-2**
Filing Date and Time: 12/31/2025 10:35 AM
Total Number of Pages: 3

**NAME OF SUBMITTER:** Wolters Kluwer Lien Solutions
**PHONE NUMBER OF SUBMITTER:**
**EMAIL OF SUBMITTER:** DL-WK-UCC-FILING@wolterskluwer.com
**SEND ACKNOWLEDGEMENT TO:** Lien Solutions
P.O. Box 29071
Glendale, CA 91209-9071

## DEBTOR INFORMATION

**ORGANIZATION'S NAME:** ALL-CITY TOWING, LLC
**MAILING ADDRESS:** 1213 West Mallory Avenue
**CITY:** Milwaukee **STATE:** WI **POSTAL CODE:** 53221 **COUNTRY:** USA

**ORGANIZATION'S NAME:** ACT RE LLC
**MAILING ADDRESS:** 1213 West Mallory Avenue
**CITY:** Milwaukee **STATE:** WI **POSTAL CODE:** 53221 **COUNTRY:** USA

**ORGANIZATION'S NAME:** AUTO HAULERS LLC
**MAILING ADDRESS:** 1213 West Mallory Avenue
**CITY:** Milwaukee **STATE:** WI **POSTAL CODE:** 53221 **COUNTRY:** USA

**ORGANIZATION'S NAME:** BRET'S RE LLC
**MAILING ADDRESS:** 1213 West Mallory Avenue
**CITY:** Milwaukee **STATE:** WI **POSTAL CODE:** 53221 **COUNTRY:** USA

**ORGANIZATION'S NAME:** BRET'S TOWING LLC
**MAILING ADDRESS:** 1213 West Mallory Avenue
**CITY:** Milwaukee **STATE:** WI **POSTAL CODE:** 53221 **COUNTRY:** USA

**ORGANIZATION'S NAME:** DADDY JEFF LLC
**MAILING ADDRESS:** 1213 West Mallory Avenue
**CITY:** Milwaukee **STATE:** WI **POSTAL CODE:** 53221 **COUNTRY:** USA

**ORGANIZATION'S NAME:** LANSER TOWING LLC
**MAILING ADDRESS:** 1213 West Mallory Avenue
**CITY:** Milwaukee **STATE:** WI **POSTAL CODE:** 53221 **COUNTRY:** USA

**ORGANIZATION'S NAME:** MACTIRE SERVICES LLC

# EXHIBIT 10

**MAILING ADDRESS:** 1213 West Mallory Avenue
**CITY:** Milwaukee    **STATE:** WI    **POSTAL CODE:** 53221    **COUNTRY:** USA

**ORGANIZATION'S NAME:** MILWAUKEE PARKING MANAGEMENT LLC
**MAILING ADDRESS:** 1213 West Mallory Avenue
**CITY:** Milwaukee    **STATE:** WI    **POSTAL CODE:** 53221    **COUNTRY:** USA

**ORGANIZATION'S NAME:** PILLER GROUP LLC
**MAILING ADDRESS:** 1213 West Mallory Avenue
**CITY:** Milwaukee    **STATE:** WI    **POSTAL CODE:** 53221    **COUNTRY:** USA

## SECURED PARTY INFORMATION

**ORGANIZATION'S NAME:** C T Corporation System, as representative
**MAILING ADDRESS:** 330 N Brand Blvd, Suite 700; Attn: SPRS
**CITY:** Glendale    **STATE:** CA    **POSTAL CODE:** 91203    **COUNTRY:** USA

## COLLATERAL INFORMATION

**This financing statement covers the following collateral:**

"Debtor and Secured Party also hereby agree that the security pledged by Debtor as collateral for the underlying obligation includes the following: All current assets of the Debtor as of the enforcement date of this Security Instrument, including but not limited to cash, accounts receivable, other receivables, equipment, inventory, along with all trade fixtures belonging to the Debtor; all inclusive of after acquired property."

## COLLATERAL DESIGNATION

Held in Trust: No

Being administered by a Descendant's Personal Representative: No

## FILING TYPE

Public Finance: No

Transmitting Utility: No

Manufactured Home: No

Non-UCC Filing: No

Agriculture Lien: No

## ALTERNATIVE DESIGNATION

Lessee/Lessor: No

Licensee/Licensor: No

Consignee/Consignor: No

Bailee/Bailor: No

Seller/Buyer: No

# EXHIBIT 10

**FINANCING STATEMENT IN RELATION TO REAL ESTATE**

**This is to be filed (recorded) in the real estate records:** No

**This statement covers timber to be cut:** No

**This statement covers as-extracted collateral:** No

**This statement is filed as a fixture filing:** No

**Name and address of a Record Owner of real estate as described below (if Debtor does not have a record interest):**

**Description of real estate:**

**OPTIONAL FILER REFERENCE DATA**

107154170

**MISCELLANEOUS**