So Ordered.

Dated: February 2, 2026



*Rachel Blise*

Rachel M. Blise
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF WISCONSIN

| In re: | |
|---|---|
| All-City Towing LLC | Case No. 26-20523-rmb |
| Bret's Towing LLC, | Case No. 26-20524 |
| | Chapter 11 |
| Debtors. | (Motion for Joint Administration Pending) |

**ORDER GRANTING DEBTORS' MOTIONS FOR AN EXPEDITED HEARING AND REQUIRING DEBTORS TO PROVIDE NOTICE**

On February 2, 2026, debtors All-City Towing LLC and Bret's Towing LLC filed motions for an expedited hearing on the following motions (together, the "Motions"):

- Motion for Appproval of Use of Cash Collateral and Providing Adequate Protection (Case No. 26-20523, Dkt. No. 14; Case No. 26-20524, Dkt. No. 10); and

- Motion to Pay Pre-Petition Wages (Case No. 26-20523, Dkt. No. 16; Case No. 26-20524, Dkt. No. 12).

The Court has reviewed the Motions and the declarations of Jeffrey J. Piller and Evan P. Schmitt in support of the motions and concludes that there is cause to grant the debtors' requests for an expedited hearing on the Motions.

Accordingly, IT IS HEREBY ORDERED:

1. The debtors' motions for an expedited hearing are granted to the extent provided in this order. The Court will hold a preliminary hearing on the

Motions on **Wednesday, February 4, 2026 at 11:00 a.m. in Room 149 of the U.S. Courthouse, 517 E. Wisconsin Ave., Milwaukee, Wisconsin**.

      2.     A representative of the debtors, counsel for the debtors, any party who objects to the granting of preliminary relief sought in the Motions, and all witnesses must appear in person at the hearing. (Any objecting party who is an individual may appear without counsel.)

      3.     Other parties in interest may appear at the hearing by Zoom videoconference. Using the Zoom application or a web browser (www.zoomgov.com/join), enter Meeting ID 160 5891 6561 and Passcode 447162 before the scheduled hearing time. Parties in interest appearing by Zoom may not present argument on the Motions or question witnesses.

      4.     The debtors must give notice of the hearing to all parties with an interest in cash collateral and all creditors on the list of the 20 largest unsecured creditors by the most expeditious means possible and must file proof of service by no later than 2:00 p.m. on February 3, 2026.

#####