UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WISCONSIN

In re:

**All-City Towing LLC,**                                 **Case No. 26-20523-rmb**
**Bret's Towing LLC,**                                     **Case No. 26-20524-rmb**
                                                                                     **Chapter 11 Proceedings**

# CERTIFICATE OF SERVICE

I hereby certify that I am older than 18 years of age, an employee of Action Digital Document Solutions and on February 3, 2026, I sent via U.S. Mail, first class, postage prepaid, the following documents to all interested parties on the attached notice list:

NOTICE OF PRELMINARY HEARING ON DEBTORS' (i) MOTION FOR APPROVAL TO USE CASH COLLATERAL AND GRANTING ADEQUATE PROTECTION, WITH REQUEST FOR PRELIMINARY APPROVAL ON AN EXPEDITED BASIS, AND (ii) MOTION TO PAY PRE-PETITION WAGES WITH REQUEST FOR EXPEDITED HEARING;

PROPOSED ORDER APPROVING MOTION TO PAY PRE-PETITION WAGES;

PROPOSED ORDER APPROVING USE OF CASH COLLATERAL AND ADEQUATE PROTECTION;

MOTION TO PAY PRE-PETITION WAGES (Case No. 26-20523, Dkt. No. 16;Case No. 26-20524, Dkt. No. 12);

MOTION FOR APPROVAL OF USE OF CASH COLLATERAL AND PROVIDING ADEQUATE PROTECTION (Case No. 26-20523, Dkt. No. 14; Case No. 26-20524, Dkt. No. 10); and

ORDER GRANTING DEBTORS' MOTIONS FOR AN EXPEDITED HEARING AND REQUIRING DEBTORS TO PROVIDE NOTICE (Case 26-20523, Dkt. 21; Case 26-20524, Dkt. 20).

I declare under penalty perjury pursuant to 28 U.S.C. § 1746 that the statements above are true and correct to the best of my knowledge, information and belief.

Dated: February 3, 2026.

*/s/ Jeff Crabb*
Jeff Crabb

<u>Drafted by:</u>

Evan P. Schmit
Kerkman & Dunn
839 N. Jefferson St., Suite 400
Milwaukee, WI 53202-3744
Phone: 414.277.8200
Facsimile: 414.277.0100
Email: eschmit@kerkmandunn.com

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF WISCONSIN

**In re:**

| | |
|---|---|
| **All-City Towing LLC,**[1] | **Case No. 26-20523-rmb** |
| **Bret's Towing LLC,** | **Case No. 26-20524-rmb** |
| | **Chapter 11 Proceedings** |
| | **(Motion for Joint** |
| | **Administration Pending)** |
| **Debtors.** | |

**NOTICE OF PRELMINARY HEARING ON DEBTORS' (i) MOTION FOR APPROVAL TO USE CASH COLLATERAL AND GRANTING ADEQUATE PROTECTION, WITH REQUEST FOR PRELIMINARY APPROVAL ON AN EXPEDITED BASIS, AND (ii) MOTION TO PAY PRE-PETITION WAGES WITH REQUEST FOR EXPEDITED HEARING**

To: All Interested Parties

**PLEASE TAKE NOTICE** that All-City Towing LLC ("All-City") and Bret's Towing LLC ("Bret's Towing" together with All-City the "Debtors") filed a Motion for Approval of Use of Cash Collateral and to Provide Adequate Protection with request for Preliminary Approval and Expedited Hearing On or Before 3:00 PM, February 4, 2026 (the "Cash Collateral Motion") in their respective cases.

**PLEASE TAKE FURTHER NOTICE** that the Debtors filed a Motion to Pay Pre-Petition Wages with Request for Expedited Hearing On or Before 3:00 PM, February 6, 2026 (the "Motion to Pay Wages"). (Collectively Motion to Pay Wages with the Cash Collateral Motion, the "First Day Motions"). Copies of the First Day Motions accompany this notice. The

---

[1] Each of the Debtors filed a motion for joint administration. At the time of this notice, the Court had not granted it. The caption showing related debtors is being used to alert parties-in-interest that an identical motion is being filed in each case. The caption should not be construed that Court has approved the joint administration motion

supporting papers (declarations and exhibits) are available upon request of proposed Debtor's counsel.

**Your rights may be affected.** **You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)**

The Court has scheduled a preliminary hearing on the First Day Motions, which will be held on **Wednesday, February 4, 2026 at 11:00 A.M. in Room 149 of the U.S. Courthouse, 517 E. Wisconsin Ave., Milwaukee, Wisconsin**.

A copy of the Court's order setting the preliminary hearing with instructions for parties wishing to be heard accompanies this notice.

Any party who objects to the granting of preliminary relief sought in the Motions, and all witnesses must appear in person at the hearing. (Any objecting party who is an individual may appear without counsel.)

Other parties in interest may appear at the hearing by Zoom videoconference. Using the Zoom application or a web browser (www.zoomgov.com/join), enter Meeting ID 160 5891 6561 and Passcode 447162 before the scheduled hearing time. **Parties in interest appearing by Zoom may not present argument on the Motions or question witnesses.**

If you do not want the Court to approve the First Day Motions, or if you would like the Court to consider your views on the First Day Motions, **then you or your attorney must appear at the hearing**.

If you, or your attorney, do not take these steps, the court may decide that you do not oppose the First Day Motions and may enter orders approving them without further notice or hearing.

Dated: February 2, 2026

/s/ Evan P. Schmit
Evan P. Schmit
Kerkman & Dunn

Proposed Attorneys for the Debtors.

P.O. Address:

839 N. Jefferson St., Suite 400
Milwaukee, WI 53202-3744
Phone: 414.277.8200
Facsimile: 414.277.0100
Email: eschmit@kerkmandunn.com

AKF Inc. dba FundKite
Att: Current Officer
88 Pine Street, 24th Floor
New York, NY 10005-1861

Allegiant Partners Incorporated
Att: Current Officer
123 SW Columbia St.
Bend, OR 97702

Ally Financial
Att: Current Officer
P.O. Box 380920
Bloomington, MN 55438-0920

Aurum Funding Source
Att: Current Officer
2002 Coney Island
Brooklyn, NY 11223-2329

AMUR Equipment Finance, Inc.
c/o Corporation Service Company, As Rep
P.O. Box 2576
Springfield, IL 62708-2576

ASCENTIUM CAPITAL
ATTN BANKRUPTCY
23970 US 59 NORTH
KINGWOOD TX 77339-1535

Balboa Capital
Att: Current Officer
575 Anton Blvd. 12th Floor
Costa Mesa, CA 92626-7685

Beacon Funding Corporation
Att: Current Officer
3400 Dundee Road, Suite 180
Northbrook, IL 60062-2367

Bret & Kelly Graff 1
714 Plainwood Drv.
Sheboygan, WI 53081-7727

Capital One
Att: Current Officer
P.O. Box 30285
Salt Lake City, UT 84130-0285

Capital One Trade Credit

P.O. Box 60506
City of Industry, CA 91716-0506

CFG Merchant Solutions
Att: Current Officer
180 Maiden Lane 15th Floor
New York, NY 10038-5150

CHTD Company
Att: Current Officer
P.O. Box 2576
Springfield, IL 62708-2576

CT Corporation System, as Rep.
Att: Current Officer
P.O. Box 2576
Springfield, IL 62708-2576

CT Corporation System, as Representative
Att: Current Officer
330 N Brand Blvd, Suite 700
Att: SPRS
Glendale, CA 91203-2336

CT Corporation System, as Rep.
330 N Brand Blvd, Suite
800 Attn: SPRS
Glendale, CA 91203-2318

Cintas
P.O. Box 88005
Chicago, IL 60680-1005

City of Sheboygan City Clerk
828 Center Ave.
Sheboygan, WI 53081-4442

Corporation Service Company, As Rep.
P.O. Box 2576
Springfield, IL 62708-2576

Financial Pacific Leasing, Inc.
Att: Current Officer
3455 S 344th Way, Suite 300
Federal Way, WA 98001-9546

First Corporate Solutions, Inc.
Att: Current Officer
914 S Street
Sacramento, CA 95811-7025

First Data Management Services LLC
Att: General Counsel's Office 4000
N.W. 120th Ave.
MS/CON-SMB
Coral Springs, FL 33065

First Data Management Services LLC
4000 Coral Ridge Dr
Coral Springs, FL 33065-7614

HomeTrust Bank
Att: Current Officer
19520 W. Catawba Ave. Ste 111B
Cornelius, NC 28031-3714

Internal Revenue Service
Centralized Insolvency Operations
P.O. Box 7346
Philadelphia, PA 19101-7346

Kelly Barnes
802 W. Essex Ln
Milwaukee, WI 53205-2524

LEAF Capital Funding, LLC
Att: Current Officer
2005 Market Street, 14th Floor
Philadelphia, PA 19103-7009

MCA Servicing Company
Att: Current Officer
9821 E Bay Harbor Dr. 706
Miami Beach, FL 33154-1870

Marlin Leasing Corp.
Att: Current Officer
300 Fellowship Rd
Mount Laurel, NJ 08054-1201

Marques Jackson
3066 North 54th St
Milwaukee, WI 53210-1633

Menards
P.O. Box 17708
Portland, ME 04112-8708

Metschkin Law Group P.C.
Att: Oleg A. Mestechkin
17 State Street, 40th Floor
New York, NY 10004-1547

Milwaukee County
Att: Corporate Counsel
901 N. 9th St #303
Milwaukee, WI 53233-1425

Newtek Business Services Holdco 6
Inc. Att: Current Officer
200 S. Orange Avenue, Suite 1175
Orlando, FL 32801-6403

NBL SPV II LLC
Att: Current Officer
200 S Orange Avenue, Suite 1175
Orlando, FL 32801-6403

Office of the U. S. Trustee
517 East Wisconsin Ave. Room 430
Milwaukee, WI 53202-4510

Old National Bank
Att: Current Officer
520 North Cass Ave
Westmont, IL 60559-1595

Old National Bank
Att: Current Officer
788 N Jefferson St., Ste. 900
Milwaukee, WI 53202-3739

Panthers Capital
Att: Current Officer
185 Carrier St
Liberty, NY 12754-2124

PNC Bank, N.A.
Att: Current Officer
655 Business Center Drive, Suite 250
Horsham, PA 19044-3448

Santandar
Att: Currnet Officer
3 Huntington Quadrangle Ste. 101N
Melville, NY 11747-4623

TVT Capital Source LLC
Att: Current Officer
395 S Main Street, Suite 201
Alpine, UT 84004-2050

The Huntington National Bank
Att: Current Officer
11100 Wayzata Blvd., Suite 801
Minnetonka, MN 55305-5503

The Huntington National Bank
Att: Current Officer
11100 Wayzata Blvd, Suite 700
Minnetonka, MN 55305-5523

U.S. Attorney General's Office
Att: Notice Department
950 Pennslyvania Ave, NW
Washington, DC 20530-0009

Zip's Truck Equipment Inc.
Att: Current Officer
316 W. Milwaukee St.
New Hampton, IA 50659-1102

ELIOT KIRSHNITZ
1981 MARCUS AVENUE SUITE 130
LAKE SUCCESS NY 11042-1046

The City of Milwaukee
Att: City Attorney
Frank P. Zeidler Municipal Building
841 N. Broadway, 7th Floor
Milwaukee, WI 53202-3649

Toyota Industries Commercial Finance Inc
Att: Current Officer
P.O. Box 410
Wilmington, OH 45177-0410

U.S. Small Business Administration
Att: Current Officer
2 North St., Suite 320
Birmingham, AL 35203

U.S. Attorney Eastern District of WI
c/o Civil process clerk
517 E. Wisconsin Ave, Ste. 530
Milwaukee, WI 53202-4509

Wisconsin Department of Revenue
Attn: Bankrutpcy Notice Dept
819 N. 6th Street, #408
Milwaukee, Wi 53203-1606