UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WISCONSIN

**In re:**

| | |
|---|---|
| **All-City Towing LLC,** | **Case No. 26-20523-rmb** |
| **Bret's Towing LLC,** | **Case No. 26-20524-rmb** |
| | **Chapter 11 Proceedings** |

## CERTIFICATE OF SERVICE

I hereby certify that I am older than 18 years of age, an employee of Kerkman & Dunn and on February 3, 2026, I emailed the following documents to all interested parties on the attached service list.

NOTICE OF PRELMINARY HEARING ON DEBTORS' (i) MOTION FOR APPROVAL TO USE CASH COLLATERAL AND GRANTING ADEQUATE PROTECTION, WITH REQUEST FOR PRELIMINARY APPROVAL ON AN EXPEDITED BASIS, AND (ii) MOTION TO PAY PRE-PETITION WAGES WITH REQUEST FOR EXPEDITED HEARING;

PROPOSED ORDER APPROVING MOTION TO PAY PRE-PETITION WAGES;

PROPOSED ORDER APPROVING USE OF CASH COLLATERAL AND ADEQUATE PROTECTION;

MOTION TO PAY PRE-PETITION WAGES (Case No. 26-20523, Dkt. No. 16;Case No. 26-20524, Dkt. No. 12);

MOTION FOR APPROVAL OF USE OF CASH COLLATERAL AND PROVIDING ADEQUATE PROTECTION (Case No. 26-20523, Dkt. No. 14; Case No. 26-20524, Dkt. No. 10); and

ORDER GRANTING DEBTORS' MOTIONS FOR AN EXPEDITED HEARING AND REQUIRING DEBTORS TO PROVIDE NOTICE (Case 26-20523, Dkt. 21; Case 26-20524, Dkt. 20).

I declare under penalty perjury pursuant to 28 U.S.C. § 1746 that the statements above are true and correct to the best of my knowledge, information and belief.

Dated: February 3, 2026.

*/s/ Sarah Dwyer*<br>Sarah Dwyer

Drafted by:

Evan P. Schmit
Kerkman & Dunn
839 N. Jefferson St., Suite 400
Milwaukee, WI 53202-3744
Phone: 414.277.8200
Facsimile: 414.277.0100
Email: eschmit@kerkmandunn.com

Case No. 26-20523-rmb
Case No. 26-20524-rmb

Emails delivered on February 3, 2026

Creditor/Interested Party

**AFK Inc. dba FundKite**
apply@Fundkite.com
om@lawmlg.com

**Ascentium Capital LLC**
ToddChase@AscentiumCapital.com

**Aurum Funding Source**
subs@aurumfunding.com

**MCA Servicing Company**
info@mcaservicing

**Newtek**
info@newtekone.com

**Panthers Capital**
accounting@pantherscapital.com

**TVT Capital Source LLC**
 info@tvtcapital.com

**U.S. Attorney Eastern District of Wisconsin**
usawie.webmaster@usdoj.gov