UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF WISCONSIN

**In re:**

| | |
|---|---|
| **All-City Towing LLC,** | Case No.: 26-20523-rmb |
| **Bret's Towing LLC,** | Case No.: 26-20524-rmb |
| **ACT RE LLC,** | Case No.: 26-20525-rmb |
| **Bret's RE LLC,** | Case No.: 26-20526-rmb |
| **OMS Properties LLC,** | Case No.: 26-20527-rmb |
| **5408 S 13th LLC,** | Case No.: 26-20528-rmb |
| **5414 S 13th LLC,** | Case No.: 26-20529-rmb |
| **Daddy Jeff LLC,** | Case No.: 26-20530-rmb |
| **Mactire Services LLC,** | Case No.: 26-20531-rmb |
| **Jeffrey Piller and Candice Brecht,** | Case No.: 26-20532-rmb |
| **Debtors.** | Chapter 11 Proceedings (Motion for Joint Administration Pending) |

### NOTICE OF APPLICATION FOR AUTHORIZATION TO EMPLOY KERKMAN & DUNN AS GENERAL COUNSEL

**PLEASE TAKE NOTICE** that the above captioned debtors have filed applications to employ Kerkman & Dunn. ("K&D") as general bankruptcy counsel. Copies of the pleadings accompany this notice.[1]

**Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)**

If you do not want the Court to approve the application, or if you would like the Court to

---

[1] The same application has been filed in each of the cases. At the time this application was filed, the debtors' motion for joint administration has not been granted. The caption showing all related debtors is being used to alert parties-in-interest that the identical motion is being filed in each case. The caption should not be construed that Court has approved the joint administration motion. The debtors are providing a single copy of the application as filed in the All-City Towing LLC, case number 26-20523-rmb.

consider your views on it, then you or your attorney must object no later than **February 17, 2026,** by filing a copy of your objection with the Bankruptcy Clerk of Courts whose address is below and serve a copy to the Debtor's attorneys listed at the end of this notice.

U.S. Bankruptcy Courts
Eastern District of Wisconsin
517 E. Wisconsin Avenue, Room 167
Milwaukee, WI 53202

If you mail your response to the Court for filing, you must mail it early enough so the Court will **receive** it on or before the date stated above.

If you do not want the Court to approve the application or if you would like the Court to consider your views on it, then in addition to filing the objection, **you or your attorney must also appear at any hearing** that the Court may schedule. If you, or your attorney, do not take these steps, the Court may decide that you do not oppose the application and may enter an order approving it without further notice or hearing.

Dated: February 3, 2026

*/s/ Evan P. Schmit*
Evan P. Schmit
Kerkman & Dunn

Proposed Attorneys for the Debtors

P.O. Address:

839 North Jefferson St., Suite 400
Milwaukee, WI 53202-3744
Phone: 414.277.8200
Facsimile: 414.277.0100
Email: eschmit@kerkmandunn.com