So Ordered.

Dated: February 4, 2026



_Rachel Blise_
Rachel M. Blise
United States Bankruptcy Judge

## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF WISCONSIN

---

**In re:**

| | |
|---|---|
| **All-City Towing LLC,** | **Case No. 26-20523-rmb** |
| **Bret's Towing LLC,** | **Case No. 26-20524-rmb** |
| | **Chapter 11 Proceedings** |
| | **(Motion for Joint** |
| | **Administration Pending)** |
| **Debtors.** | |

---

## ORDER APPROVING MOTION TO PAY PRE-PETITION WAGES

---

This matter came before the Court on February 4, 2026, on the motion of All-City

Towing LLC and Bret's Towing LLC (collectively, the "Debtors") for (i) authority to pay pre-

petition wages and benefits, together with related taxes, payroll deductions and employee

benefits (collectively, "Pre-Petition Wages"), (ii) directing the bank that maintains the Debtors'

Drafted by:

Evan P. Schmit
Kerkman & Dunn
839 N. Jefferson St., Suite 400
Milwaukee, WI 53202-3744
Phone: 414.277.8200
Facsimile: 414.277.0100
Email: eschmit@kerkmandunn.com

payroll and operating accounts to honor checks or fund transfer requests to pay these wage

obligations, and (iii) waiving any stay of the order under Fed. R. Bankr. P. 6003(b) and 6004(h)

(the "Motion").

For the reasons stated on the record,

**IT IS ORDERED** that:

1.      The motion is granted.

2.      The Debtors are authorized to pay Pre-Petition Wages.

3.      Associated Bank is directed to maintain the Debtors' payroll and operating

accounts to honor checks or fund transfer requests to pay all Pre-Petition Wages.

4.      Any stay of this Order is waived.

# # # # #