So Ordered.

Dated: February 4, 2026



Rachel M. Blise
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF WISCONSIN

| In re: | |
|---|---|
| All-City Towing LLC | Case No. 26-20523-rmb |
| Bret's Towing LLC, | Case No. 26-20524 |
| | Chapter 11 |
| Debtors. | (Motion for Joint Administration Pending) |

**ORDER APPROVING USE OF CASH COLLATERAL AND GRANTING ADEQUATE PROTECTION ON AN INTERIM BASIS**

This matter came before the Court on February 4, 2026, on the motion of All-City Towing LLC together with Bret's Towing LLC (the "Debtors"), for approval of the use of cash collateral (the "Cash Collateral Motion") in which Newtek Business Services Holdco 6, Inc. or NBL SPV II LLC (collectively "Newtek"), Old National Bank ("Old National"), the United States Small Business Administration ("SBA"), AKF Inc. dba Fundkite ("Fundkite"), MCA Servicing Company ("MCA Servicing"), Aurum Funding Source ("Aurum Funding"), Panthers Capital ("Panthers"), and TVT Capital Source ("TVT") (collectively Newtek, Old National, SBA, Fundkite, MCA Servicing, Aurum Funding, Panthers, and TVT are referred to as the "Secured

Creditors") may have an interest, and to provide them with adequate protection pursuant to 11 U.S.C. § 363(c)(2)(B) and (3), and Fed. R. Bankr. P. 4001(b).

Based on the declaration of Jeffrey J. Piller and Mr. Piller's testimony at the February 4 hearing, the Court finds that the Debtors will suffer irreparable harm if not permitted to use cash collateral on an interim basis. A copy of Exhibit 1 to Mr. Piller's declaration is attached to this order (the "Interim Budget"). With the exception of the proposed adequate protection payments to Newtek, the SBA, and Old National, the Court finds that the income and expenses on the Interim Budget are reasonable and represent the income received and expenses incurred in the ordinary course of the Debtors' businesses. The Court further finds that the adequate protection provided under this order is sufficient to adequately protect the interests of the Secured Creditors pending a final hearing on the Cash Collateral Motion.

Accordingly, IT IS HEREBY ORDERED:

1. <u>Use of cash collateral</u>: Pending a final hearing on the Cash Collateral Motion, the Debtors are authorized to use cash collateral in which any of the Secured Creditors may have an interest on an interim basis and in accordance with the Interim Budget, except that the Debtors are not authorized to make the proposed adequate protection payments to Newtek, SBA, or Old National. The Debtors are authorized use cash collateral to pay the ordinary course expenses in the amounts listed on the Interim Budget and up to 10% in excess of the those

amounts. Any use of cash collateral in excess of 10% more than the amounts on the Interim Budget will require further approval from the Court.

2. <u>Adequate protection</u>. The following adequate protection is granted to the Secured Creditors:

a. *Replacement Liens*. The Secured Creditors and any other creditor with an interest in cash collateral are granted replacement liens of the same priority to the same extent in the cash collateral as existed immediately before the Petition Date (the "Replacement Liens"). The Replacement Liens are deemed automatically perfected upon entry of this order without the necessity of a creditor taking possession, filing financing statements, mortgages or other documents; provided, however, that upon request of a Secured Creditor and any other creditor determined to have a valid lien that attaches to cash collateral, the Debtor will execute any necessary perfection documents to reflect the Replacement Liens. No creditor shall improve its secured position because of the Replacement Liens.

b. *Extension of Pre-Petition Liens*. The liens of creditors with an interest in cash collateral pursuant to any security agreements will extend to the collateral under the Replacement Liens, and the products and proceeds thereof under § 552(b) of the Bankruptcy Code.

c. *Reporting.* The Debtors shall provide reports of its receipts and distributions consistent with the monthly reporting requirements for chapter 11 cases.

d. *Insurance.* The Debtors shall continue to maintain general property, casualty, workers comp, and commercial general liability coverage, consistent with their coverage before the Petition Date, appropriate for the Debtors' operations, and as required under the loan documents with NBL that existed as of the petition date with respect to its collateral.

e. *Payroll and Withholdings.* The Debtors will pay all employee payroll when due and further remit all required employee withholdings and employer-side payroll tax obligations—including federal, state, and local withholding taxes; FICA; Medicare; unemployment taxes; and any garnishments or deductions withheld for benefits plans—to the appropriate taxing authorities or third-party administrators in the ordinary course.

3. <u>Termination of authorization</u>. The Debtors' authorization to use cash collateral pursuant to this order shall terminate on the earlier of a trustee being appointed in place of the debtor-in-possession, the chapter 11 case being dismissed, a permanent order permitting the use of cash collateral being entered, or as otherwise specified in a further order of the Court.

4. <u>Service of motion</u>. On or before **February 6, 2026**, the Debtors must serve the Cash Collateral Motions and this order on all creditors and parties in interest.

5. <u>Objection deadline</u>. All objections to the Cash Collateral Motions must be filed on or before **February 25, 2026**. The Debtors may file responses to any objections on or before **March 6, 2025**.

6. <u>Final hearing</u>. The Court will hold a final hearing on the Cash Collateral Motions on **March 12, 2026 at 9:00 a.m. in Room 149 of the U.S. Courthouse, 517 E. Wisconsin Ave., Milwaukee, Wisconsin**. A representative of the Debtors, counsel for the Debtors, all parties objecting to Cash Collateral Motions, and all witnesses must appear in person at the hearing.

Other parties in interest may appear at the hearing by Zoom videoconference. Using the Zoom application or a web browser (www.zoomgov.com/join), enter Meeting ID 160 5891 6561 and Passcode 447162 before the scheduled hearing time. Parties in interest appearing by Zoom may not present argument on the Motions or question witnesses.

7. <u>Exhibit lists</u>. On or before **March 10, 2026**, the Debtors and all objecting parties must file (i) a list of witnesses along with a brief summary of the testimony each witness will provide, and (ii) the exhibits they contemplate using at the hearing, along with an exhibit list that briefly describes each exhibit. All exhibits must be marked at the time they are filed.

    a.    The parties must redact all information required by applicable privacy rules and regulations.

    b.    All exhibits must be marked at the time they are filed. The Debtors should mark their exhibits 1-99, the United States Trustee should mark his exhibits, if any, 100-199, and any objecting creditors or other parties in interest should coordinate the marking of their exhibits beginning with 200. Exhibits with more than one page should have all pages numbered.

c. Counsel shall bring two paper copies of all exhibits to the hearing, one for the Court and one for the witness. Copies of the exhibits must be identical to the exhibits filed on the docket, and each such copy must include the ECF filing stamp on each page. If a party files ten or more exhibits, the exhibits must be placed in a tabbed, three-ring binder.

d. Each party is responsible for having paper copies, or access to electronic copies, of all exhibits filed by any party in accordance with this order, for the party's own use during the hearing.

e. Notwithstanding any use of paper copies during the hearing, unless the Court orders otherwise, the official version of each exhibit will be the electronic version filed in accordance with this order.

#####

# All-City Towing LLC
## Exhibit 1

| | Feb 26 Projection | Mar 26 Projection |
|---|---:|---:|
| **Ordinary Income/Expense** | | |
| **Income** | | |
| Scrap Vehicles/Parts | $ 5,890.45 | $ 18,417.10 |
| 400010 · Transportation | $ 629,908.24 | $ 650,333.20 |
| 401150 · Towing | $ 281,440.38 | $ 217,177.06 |
| 401200 · Service | $ 594.23 | $ 3,745.43 |
| 402101 · City/County Collected Fees | $ 19,907.36 | $ 17,321.46 |
| 403150 · Storage | $ 30,325.01 | $ 18,305.56 |
| **Total Income** | $ 968,065.67 | $ 925,299.81 |
| **Cost of Goods Sold** | | |
| Parts for Repairs | $ 12,428.98 | $ 12,536.16 |
| 500000 · Direct Materials & Costs | | |
|     500200 · Fuel | $ 73,024.71 | $ 80,337.71 |
|     500250 · Ipass | $ 2,120.00 | $ 2,424.75 |
|     500625 · Truck Equipment | $ 3,281.43 | $ 3,523.66 |
|     500850 · Recovery & Impound Fees | $ 5,048.92 | $ - |
|     500900 · Sheriff Fees | $ 530.00 | $ 1,060.00 |
|     500905 · Sheriff Tows | $ 6,428.90 | $ 4,807.10 |
|     500910 · Sheriff Storage | $ 1,632.40 | $ 1,229.60 |
|     500925 · Fees / Permits | $ 4,157.28 | $ 2,653.23 |
|     500930 · Fees - Impounds/Inquires | $ 3,817.84 | $ 3,176.37 |
|     503325 · Truck Washes | $ 1,072.11 | $ 920.95 |
|     503500 · Lodging | $ 222.92 | $ - |
|     524000 · Uniforms | $ 4,634.60 | $ 4,465.52 |
|     526010 · Damages | $ 1,982.88 | $ 1,076.01 |
| Total 500000 · Direct Materials & Costs | $ 107,953.98 | $ 105,674.90 |
| 540000 · Subcontractors | | |
|     540250 · Auto Haulers - Brokerage | $ 85,664.23 | $ 117,603.64 |
| Total 540000 · Subcontractors | $ 85,664.23 | $ 117,603.64 |
| 550000 · Direct Labor | | |
|     550020 · Payroll / Drivers | $ 13,739.76 | $ 16,253.63 |
|     550025 · Payroll / Semi's/Heavy | $ 70,567.48 | $ 54,869.56 |
|     550026 · Payroll / Tow Trucks | $ 140,503.30 | $ 132,593.75 |
|     550030 · Payroll / 4Car Hauler | $ 14,639.72 | $ 15,092.39 |
|     557010 · Employer Tax Contribution | $ 33,891.51 | $ 29,349.87 |
|     558000 · Insurance - Workers Comp | $ 18,748.67 | $ 18,748.67 |
|     559050 · Payroll / Vacation | $ 8,031.11 | $ 8,577.49 |
|     559100 · Employee Health Insurance | $ 2,772.96 | $ 8,067.88 |
|     559110 · Employee Life/STD | $ 403.14 | $ 325.22 |
|     559800 · Drug Testing | $ - | $ 67.84 |
| Total 550000 · Direct Labor | $ 303,297.64 | $ 283,946.29 |
| 560000 · Direct Overhead | | |
|     563000 · Payroll / Dispatchers | $ 39,225.04 | $ 38,049.97 |
|     563500 · Payroll / Technician | $ 36,162.73 | $ 34,148.19 |
|     564000 · Payroll / Brets | $ 6,421.15 | $ 8,561.54 |

# All-City Towing LLC
## Exhibit 1

| | | | |
|---|---:|---:|---|
| 571500 · Licenses & Registrations | $ | 3,140.55 | $ 3,124.65 |
| 572500 · Repair & Maintenance | $ | 22,087.76 | $ 24,029.60 |
| 572530 · Shop Tools | $ | 22.09 | $ 44.89 |
| 572550 · Shop Supplies | $ | 778.44 | $ 3,717.52 |
| 572575 · Storage Fees | $ | - | $ - |
| **Total 560000 · Direct Overhead** | $ | 107,837.75 | $ 111,676.34 |
| **Total COGS** | $ | 617,182.58 | $ 631,437.34 |
| **Gross Profit** | $ | 350,883.09 | $ 293,862.48 |
| Expense | | | |
| 600000 · Admin Payroll & Related | | | |
| 602000 · Payroll / Clerical | $ | 58,410.14 | $ 55,648.79 |
| **Total 600000 · Admin Payroll & Related** | $ | 58,410.14 | $ 55,648.79 |
| 700000 · General Expenses | | | |
| 701000 · Advertising | $ | 47.70 | $ 427.95 |
| 701050 · Help Wanted Ads | $ | 428.51 | $ 468.30 |
| 703000 · Bank Service Charges | $ | 3,045.23 | $ 2,070.73 |
| 705010 · Computers/Programs | $ | 4,001.12 | $ 4,303.15 |
| 707000 · Advertising/Sponsorship | $ | 9,010.00 | $ 4,001.50 |
| 710000 · Meals and Business Expense | $ | 106.00 | $ 2,977.60 |
| 713010 · Insurance - Liability | $ | 32,011.82 | $ 42,556.70 |
| 713080 · Insurance - Ultraflex | $ | 2,347.37 | $ 2,347.37 |
| 714000 · Adequate Protection Equipment/Vehicles* | $ | 43,344.98 | $ 34,574.51 |
| 719000 · Misc | $ | - | $ 0.02 |
| 719060 · Outside Services | $ | 1,526.29 | $ 656.72 |
| 720000 · Office Equipment | $ | 473.97 | $ 300.45 |
| 721000 · Office Supplies | $ | 936.05 | $ 550.72 |
| 722000 · Postage & Parcels | $ | 1,720.70 | $ 1,517.92 |
| 724500 · Rent / Building | $ | 3,613.51 | $ 3,615.19 |
| 724530 · Rent/Grafton Building | $ | 9,073.68 | $ 9,073.68 |
| 725010 · Building/Land Maint | $ | 112.94 | $ 105.41 |
| 725020 · Building/Land Improvements | $ | - | $ 1,073.04 |
| 732020 · Real Estate Taxes | $ | 1,574.23 | $ 1,574.23 |
| 734000 · Telephone/Internet | $ | 2,876.33 | $ 2,686.47 |
| 738050 · Utilities | $ | 2,511.95 | $ 3,490.45 |
| 741000 · Lease expense | $ | 1,695.11 | $ 1,695.11 |
| **Total 700000 · General Expenses** | $ | 120,457.49 | $ 120,067.24 |
| **Total Expense** | $ | 178,867.63 | $ 175,716.03 |
| **Net Ordinary Income** | $ | 172,015.45 | $ 118,146.44 |
| Other Income/Expense | | | |
| Other Income | | | |
| Misc income | $ | 15.90 | $ 15.90 |
| Sales Tax Discount | $ | 64.14 | $ 56.92 |
| **Total Other Income** | $ | 80.04 | $ 72.82 |
| Other Expense | | | |
| CEO Comp. | $ | 9,068.30 | $ 5,440.98 |
| **Total Other Expense** | $ | 9,068.30 | $ 5,440.98 |

# All-City Towing LLC
# Exhibit 1

| | | | | |
|---|---|---|---|---|
| **Net Other Income** | | $ | (8,988.26) $ | (5,513.80) |
| Adequate Protection Newtek/NBL SPV II | | $ | 59,172.49 $ | 59,172.49 |
| Adequate Protection SBA | | $ | 2,570.00 $ | 2,570.00 |
| **Net Income** | | $ | **101,284.70** $ | **50,890.15** |
| **Opening Balance: $83,800** | | $ | **185,084.70** $ | **235,974.86** |

\*   The Debtors intend on filing motions to grant adequate protection to the equipment and vehicle lenders with payments beginning later this month.

**Bret's Towing & Auto Repair LLC**
**Exhibit 1**

| | Feb 26 Projections | Mar 26 Projections |
|---|---:|---:|
| **Ordinary Income/Expense** | | |
|   **Income** | | |
|     Sheboygan Scrap Vehicles/Parts | $ 3,252.08 | $ 16,379.60 |
|     Sheboygan Service | 63,012.54 | 47,126.78 |
|     Sheboygan Storage | 6,890.00 | 4,907.80 |
|     Sheboygan Towing | 69,074.98 | 84,493.45 |
|     Sheboygan Transportation | 16,339.90 | 8,978.20 |
|   **Total Income** | $ 158,569.50 | $ 161,885.83 |
|   **Cost of Goods Sold** | | |
|     Fees/Permits | $ - | $ 142.62 |
|     Fuel | 6,451.59 | 4,446.27 |
|     Parts for Repairs | 20,533.60 | 18,105.08 |
|     Shop Supplies | 989.08 | 1,150.51 |
|     Shop Tools | 24.79 | - |
|     Truck Equipment | 597.15 | 262.85 |
|   **Total COGS** | $ 28,596.21 | $ 24,107.33 |
| **Gross Profit** | $ 129,973.29 | $ 137,778.50 |
|   **Expense** | | |
|     Advertising | $ 1,097.10 | $ 427.95 |
|     Bank Service Charges | 2,682.37 | 2,632.52 |
|     Building/Land Maint | 100.31 | - |
|     Computers/Programs | 340.92 | 340.92 |
|     Damages | - | 3,258.98 |
|     Donations/Sponsorships | - | - |
|     Fees - Impounds/Inquiries | 646.13 | 3,878.54 |
|     Insurance Expense | 4,049.20 | 4,049.20 |
|     Adequate Protection Equipment/Vehicles | 5,457.24 | 5,447.59 |
|     Lease Expense | 24,549.28 | 24,549.28 |
|     Lodging | 222.92 | - |
|     Meals/Business Expense | - | 31.76 |
|     Office Supplies | - | - |
|     Outside Services | 551.93 | 215.52 |
|     Payroll Expenses | 44,202.71 | 65,194.26 |
|     Postage & Parcels | 688.29 | 266.78 |
|     Professional Fees | 530.00 | - |
|     Rent Expense | 2,491.00 | 2,491.00 |
|     Repairs and Maintenance | 3,692.70 | 2,586.19 |
|     Sublet Hauls | - | - |
|     Telephone/Internet | 68.05 | 382.00 |
|     Uniforms & Linens | 1,141.96 | 1,526.07 |
|     Utilities | 400.80 | 1,041.83 |
|   **Total Expense** | $ 92,912.91 | $ 118,320.40 |
| **Net Ordinary Income** | $ 37,060.38 | $ 19,458.10 |
| **Other Income/Expense** | | |
|   **Other Income** | | |
|     Sales Tax Discount | $ 50.95 | $ 47.65 |
|   **Total Other Income** | $ 50.95 | $ 47.65 |
| **Net Other Income** | $ 50.95 | $ 47.65 |
|     Adequate Protection Old National* | $ 4,089.52 | $ 4,089.52 |
| **Net Income** | $ 33,021.81 | $ 15,416.23 |
| **Opening Balance: $35,600** | $ 68,621.81 | $ 84,038.04 |

\* Adequate protection as to the Bret's Towing real estate lien. The Debtors intend to include the equipment/vehicle loan under a separate motion. Projected payment amount is included within "Adequate Protection Equipment/Vehicles."